Zach Rosenblatt, SBN 345034
ZSR LAW
406 Broadway, #125
Santa Monica, CA 90401
310-529-1213 |
zachsrosenblatt@gmail.com

Attorney for Plaintiff, KATARINA BENZOVA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATARINA BENZOVA,<br><br>            Plaintiff,<br><br>vs.<br><br>GUNS N ROSES; GUNDAM TOURING SERVICES U.S. LLC,;GUNDAM PRODUCTIONS, LLC; TEAM BRAZIL; FERNANDO LEBEIS;<br><br>            Defendant | Case No.:<br><br>**COMPLAINT FOR DAMAGES** |

<u>**Nature of Action**</u>

1.      This is a civil action for copyright infringement and violations of copyright management information ("CMI") in violation of the Copyright Act, 17 U.S.C. §§101, 501, 12-2 *et eq*., in conjunction with a workplace sexual harassment in violations of the California Fair Employment and Housing Act (Gov. Code, §§12900 *et seq*; FEHA). Plaintiff Katarina Benzova ("Benzova" or "Ms. Benzova"

or "Plaintiff") brings this action against all defendants for intentional and willful copyright infringements of hundreds of Benzova's photographs, as well as for CMI violations related to those photographs; and brings the workplace sexual harassment claim against Team Brazil, Gundam LLC, and Guns N' Roses (Each a "Defendant" and collectively "Defendants") for the actions of Fernando Lebeis( "Lebeis" or "Fernando" or "Defendant"), who is the manager and proxy for principal and master, Guns N' Roses. **SEE EXHIBIT 1;** *necessary registrations, right to sue.*

2.     Benzova worked with Guns N' Roses ("GNR") as an independent contractor- on and off for twelve years- for a total 364 shows or 30 "legs" of the tour, although she was only formally under written contract for "4 legs" -which amount to about 18 weeks . Both at times under contract and while not under contract Defendants arrogantly disobeyed Benzova's rights and intents, flouted Copyright law, perpetrated fraud, and slandered title in her works-thereby systematically and egregiously infringing upon (at least) 145 of Benzova's photographs in the last year alone.

3.     In particular, without right or authorization or permission or consent, Defendants intentionally and willfully infringed Benzova's copyrights in her photographs through the reproduction, public display, distribution, creation of derivative works, and holding out of Benzova's photographs for licenses and sale

to third party publications *after* termination of any right to do so, as well as contrary to the express intents of Benzova. Defendants also affixed and distributed and altered CMI of these photographs in an effort to conceal their infringement and falsely claim ownership and the power to authorize- all of which has caused widespread third-party infringement and unauthorized use of Benzova's photographs in print news articles, online news articles, magazines, advertising campaigns, Museum exhibits,  websites, calendars, DVD's, CD's,  and even as a draw for an expensive and exclusive subscription service.

4.    Additionally, since 2016, after Benzova escaped numerous unwelcome sexual advances from Fernando Lebeis, she endured consistent pervasive sexual harassment by Lebeis - all within in a workplace  environment that was completely devoid of any sexual harassment policy, sexual harassment handbook, sexual harassment training, and human resource department. Furthermore, within said environment, Lebeis continuously reprimanded Benzova for trying to communicate with any principal Lebeis was the proxy and agent for.

5.    Benzova seeks to enjoin the above activities, recovery statutory damages, actual damages, declaratory judgment, Defendant's profits, attorney's fees and costs.

**The Parties**

**COMPLAINT FOR DAMAGES**

6.     Plaintiff Katarina Benzova a/k/a "Kat"  ("Plaintiff") is a Slovakian citizen and resident of Los Angeles, California domiciled , Marina Del Rey  United States .

7.      Benzova is a highly skilled award winning professional photographer for the "Rock N' Roll World". She  has been a professional photographer for world renowned artist such as Guns N' Roses, ACDC, Aerosmith, the Dead Daisies, Kiss, Def Leppard, Motley Crue, Lenny Kravtiz, and many others.

8.     Defendant, Fernando Lebeis ( "Defendant" or "Lebeis" or "Fernando" ) is the manager/proxy of the Rock band Guns N' Roses. Ferando Lebeis. on information and belief, is domiciled in Los Angeles/Malibu, CA. As the manager of Guns N' Roses, Lebeis was the proxy who negotiated with Katarina Benzova. Plaintiff notes an individual who causes a corporate defendant to infringe copyright and personally participates in the infringing activity is jointly and severally liable with the corporation for the infringement.

9.     Defendant Team Brazil is a four member management team composed of the Lebeis nuclear family- 1)The Mother, Elizabeth Beta Lebeis, acts as Axl Roses Manager; 2) Fernando Lebeis (Son of Beta) acts as manger to the band Guns N' Roses; 3)Vanessa Santos (Daughter) acts as another one of Axl Roses manager; and 4) Alex Santos acts as accountant working with Gundam

LLC . Their principal place of business is, upon information and belief, in Los Angeles/ Malibu, CA.

10.    Defendant Gundam LLC ("Gundam") is the business management and holding company of Guns N' Roses with their principal place of business is in Woodland Hills, CA.

11.    Defendants Guns N' Roses ("GNR") is an internationally renowned Rock Band, composed of Axl Rose, Slash, Duff McKagan.

12.    Plaintiff is informed and believes and thereon alleges that all times relevant hereto each of the Defendants  (Fernando Lebeis/ Team Brazil/ Gundam/Gun N' Roses)was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately causes thereby.

13.    Plaintiff also notes corporate officers can be held liable for the infringing acts of their corporations if they personally participated in the acts constituting infringement.

**Third Party Infringers**

14.    All of the Third Party Infringers listed below are non-parties (each are a "Third Party" and collectively the "Third Parties").

15.    Non-party Classic Rock Magazine is an English print and online magazine.

16.    Non-party Rolling Stone Magazine is an Argentinian online magazine.

17.    Non-party Stuff Magazine is a New Zealand Online Magazine

18.    Non-party Alerta Bogota is a Columbian Online Magazine

19.    Non-party Ultimate Classic Rock Magazine is an American online Magazine

20.    Non-party El Pais is an Uruguayan Website

21.    Non-party Metronomo is an Urguayan website

22.    Non-party Orbita Rock is an Argentinian website

23.    Non-party Emol is a Chilean Website

24.    Non-party Pantallazo is an Uruguayan website.

25.    Non-party Latido Beat

26.    Non-party MonteVideo Portal Uruguayan website

27.    Nonparty Mercury Concerts is a South American Promotor

28.    Non-party Julien's Auction and an American website.

29.    Non-party Igor Miranda Journal is a Brazilian website

30.    Non-party La Diaria is an Urguagyan website

31.    Non-party El Observador is an Online Website

32.    Non-party El Colombiano is a Colombian website

33.    Non-party Futuor is a Chilean Website

34.    Non-party La Repulica is a Peruvian Website

35.    Non-party RockAxis is a Columbian Website

36.     Plaintiff is informed and believes and thereon alleges that all times relevant hereto each of the Third Parties were the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately causes thereby.

## JURISDICTION AND VENUE

37.    This action arises under the Copyright Act, 17 U.S.C.§§101,*et seq* and 1201 *et seq*.

**COMPLAINT FOR DAMAGES**

38.    This Court has federal question subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

39.    This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 because the sexual harassment and copyright infringement arise out of the same nucleus of operative facts and because the claims are so related in the action within the Court's original jurisdiction they form part of the same controversy under Article III of the United States Constitution.

40.    This court has personal jurisdiction over Fernando Lebeis, Team Brazil, Gundam LLC, and Guns N' Roses because each such Defendant (a) maintains, operates and/or transacts business through, a principal place of business in Los Angeles, California, and (b) conducts continuous and systematic business in California, including the Central District of California. The effect of Defendants' actions arises to in multiple districts, and a substantial portion of the events giving rise to the claims herein occurred within this District.

41.    Venue is proper in this District pursuant to 28 U.S.C. § 1391 and 1400(a) because the acts of infringement complained of herein occurred in this District, Defendants are domiciled in this district, Defendant's office and agent can be found in this District, Defendant's unlawful actions were directed from or through computers in this District, and Plaintiff has been harmed in this District.

42.     Defendant, Guns N' Roses, are estopped from contesting personal jurisdiction or venue in this action because Defendants have consented to personal jurisdiction and venue in similar copyright infringement and trademark actions filed by Defendants in this District. (*See Guns N' Roses v. Canarchy Craft Brewery Collective LLC et al.*)

## **Katarina Benzova and Her Work As a Photographer**

43.     Katarina Benzova is a highly skilled, award winning, photographer and photojournalist with over 12 years of experience capturing and curating high-end photography of the most successful and elite Rock and Roll bands and artists in the world- such as Guns N' Roses, ACDC, Aerosmith, ZZ Top, Steven Tyler, Mick Fleetwood, Rllin Stones, Lenny Kravitz, Eddie Van Halen,  Dave Grohl, Dave Navarro, Marilyn Manson, and many others.

44.     Since 2010, Benzova has been a "Rock N' Roll" photographer who takes portraits of rock and roll stars and rock and roll concerts at their highest most "spiritual moments".

45.     Throughout her career, Benzova has relied on her creativity, intuition, skill, artistic ability, and professional experience to capture the most beautiful and impactful images, often under challenging, stressful, and even dangerous conditions.

46.    Her photographs are displayed in galleries, such as the Morrison Hotel Gallery and Rock Photograph Museum, and are considered fine art. See www.morrisonhotelgallery.com

47.    A typical licensing fee for a Benzova photo is $1500, or $500 per single internet use.

48.    It is the industry standard for a photographer of this level to retain copyright and receive photo credit for their work.

49.    Photo credit is indispensable for a photographer because it connects and brings purchaser to the author and author's library, thereby fostering commercialization of future purchasers and licensors. Photo credit acts as a link that is absolutely necessary to increase one's fanbase and public exposure, and is also the way an author approves of a work's manner of presentation to the public.

50.    For this reason, it is industry standard that a condition for permission to license photographs is the requirement of photo credit.

51.    From October 4, 2021 to October 22, 2022, alone, Benzova authored 39,527 photographs, each and every one being a specific original work protected by copyright.

52.    Since 2016 Benzova has authored 200,000 original copyrighted photographs.

53.     Together all of Benzova's photographs that are <u>authored and owned</u> by Benzova are to be called t**he Benzova Photographs**.

54.     There are over 250,000 photographs within the Benzova Photographs, a library or "catalogue" of her work by which Benzova uses for licensing and sale as an independent professional photographer.

55.     Within the **Benzova Photographs,** for the purposes of this action**,** there are three tiers:-<u>TIER 1</u> refers to the (at least) 145 registered photographs that were infringed since August 30, 2022 (VA-2-332-042) and October 9, 2022 (VA-2-335-573)/(VA-2-335-574) which Plaintiff may elect and pursue via statutory damages, for willful and egregious infringement in accordance 17 U.S.C. §412 ; <u>TIER 2</u> refers to the works that were infringed since April 2020; and <u>TIER 3</u> refers to the remainder of Benzova Photographs, captured since 2010 during all Uncontracted Periods (when Plaintiff was not under written contract), which Plaintiff seeks an order declaring her the sole owner of each and every one of those photographs pursuant to 17 U.S.C. §201(a), which states the copyright originally vests in the creator of the work upon fixation.

56.     All of the Benzova Photographs described as TIER 1 in the preceding paragraph have been properly registered is accordance with 17 U.S.C § 411. **SEE EXHIBIT 1**; *registrations*.

**<u>Team Brazil, Gundam, and Guns N' Roses, Commercial Activities.</u>**

57.     Team Brazil is the management company for the rock and roll band Gun N' Roses. Team Brazil is comprised of four members, all of which are part of a nuclear family: Elizabeth Beta Lebeis, Fernando Lebeis, Vanessa Santos, and Alex Santos. Their primary business, upon information and belief, is to manage the, approximately, 150 person crew that accompanies Guns N' Roses on their domestic and international tours; as well as to manage Guns N' Roses' internet sites, their subscription service website "Night Train", as a well as Guns N' Roses' publicity- including but not limited to the authorization, reproduction, licensing, and distribution of photographs to the press, magazines, and other third party publications.

58.     Team Brazil authorizes, reproduces, publicly displays, creates derivatives works for advertising purposes, and distributes such photographs through a Private Drobox they created, own, maintain, and access. In addition, Team Brazil is in charge of designating the GNR logo for purposes of claiming ownership interest on photos that are made available for public display.

59.     Gundam LLC "Gundam" is the/a holding company of Gun's N Roses. Gundam's  primary business, upon information and belief, is to manage certain financial affairs and to author contracts on behalf of Fernando Lebeis- including all contracts presented to Ms. Benzova since 2016.

60.    Guns N' Roses is an international renowned rock band composed of Axl Rose, Slash, and Duff. McKagan. Currently, among other things, their primary business is touring whereby they perform their music in stadiums and arenas both domestically and internationally. They are considered one of the most successful rock bands in the world having accumulated sales of more than 100 million records worldwide.

61.    Guns N' Roses use the GNR identifier on publicly displayed photographs available on The GNR website, GNR Twitter page, and the GNR exclusive subscription service called "NightTrain".

### Benzova's Independent Contractor/ Photography with Guns N' Roses

62.    Ms. Benzova began working with Guns N' Roses in 2010, and worked with them on and off as an independent contractor until 2022.

63.    Benzova is a highly skilled photographer.

64.    Benzova possess photography skills that are absent to average person.

65.    Each photo pursued in this case is the product of Benzova s intellectual conceptions.

66.    GNR/GUNDAM/TEAM BRAZIL did <u>not</u> control the manner or means of how each photograph was taken.

67.    Benzova has many high level "A list" clients.

68.    GNR/GUNDAM was not Benzova's only client.

69.    Benzova worked neither exclusively nor continuously for GNR/GUNDAM.

70.    Benzova worked by the job, merely episodically with GNR/GUNDAM.

71.    Benzova was not paid an hourly wage.

72.    GNR/GUNDAM/TEAM BRAZIL/LEBEIS categorized Benzova as independent contractor for tax purposes.

73.    GNR/GUNDAM/TEAM BRAZIL/LEBEIS categorized Benzova as independent contractor for tort liability/insurance purposes.

74.    GNR/GUNDAM/TEAM BRAZIL/LEBEIS gave Benzova an independent contractor agreement on July 28, 2021. **SEE EXHIBIT 2;** ***independent contractor liability release***.

75.     GNR/GUNDAM/TEAM BRAZIL/LEBEIS authored the independent contractor agreement that was given to Benzova on July 28, 2021.

76.    Benzova signed the independent contractor agreement on July 28, 2021

77.    GNR/GUNDAM/TEAM BRAZIL/LEBEIS did not withhold taxes from Benzova

78.    Benzova did not economically depend on defendant and had many other clients.

79.     Benzova gave GNR/GUNDAM/TEAM BRAZIL/LEBEIS invoice, on her own stationary, denoting her fee.

80.     While working with GNR/GUNDAM/TEAM BRAZIL/LEBEIS, Benzova continued to run her own business concurrently.

81.     Benzova took risk in profit and loss while working with GNR/GUNDAM/TEAM BRAZIL/LEBEIS, and negotiated for profit sharing.

82.     Benzova negotiated fee and terms with GUNDAM/TEAM BRAZIL LEBEIS

83.     Benzova believed she was an independent contractor.

84.     Benzova referred to herself as a freelancer.

85.     Benzova's O-1 Visa agency held out/stated  Benzova as an independent contractor, referred to Benzova as an independent contractor. designated Benzova as an independent contractor with multiple employers.

86.     GNR/GUNDAM/TEAM BRAZIL/LEBEIS knew of and  cooperated with Benzova's O-1 visa agency, stating Benzova was an independent contractor with multiple employers.

87.     GNR/GUNDAM/TEAM BRAZIL/LEBEIS told Benzova she was an independent contractor.

88.     Benzova was called and referred to as an independent contractor by GNR/GUNDAM/TEAM BRAZIL/LEBEIS.

89.    GNR/GUNDAM/TEAM BRAZIL/LEBEIS knew Benzova was an independent contractor.

90.    Benzova received no healthcare from GNR/GUNDAM/TEAM BRAZIL/LEBEIS.

91.    Benzova received no insurance benefits from GNR/GUNDAM/TEAM BRAZIL/LEBEIS.

92.    When injured on job, tearing rotator cuff, Benzova paid her own medical bills.

93.    GNR/GUNDAM/TEAM BRAZIL/LEBEIS did not pay unemployment taxes .

94.    GNR/GUNDAM/TEAM BRAZIL/LEBEIS did not  pay social security taxes.

95.    GNR/GUNDAM/TEAM BRAZIL/LEBEIS did not provide any employee benefits.

96.    GNR/GUNDAM/TEAM BRAZIL/LEBEIS did not provide or contribute to unemployment insurance or worker's compensation fund.

97.    GNR/GUNDAM/TEAM BRAZIL/LEBEIS did not withhold federal income taxes, FICA, or state income taxes.

98.    GNR/GUNDAM/TEAM BRAZIL/LEBEIS reported payments to Benzova on 1099 forms as nonemployee compensation. **SEE EXHIBIT 3**; *1099*.

99.     Benzova based her fee on the knowledge and fact that she would have to pay federal income tax.

100.   Benzova controlled the means and manner of her job and the creation of each photograph.

101.   Benzova created, edited, and developed each photo by her own independent judgment -with own tools and instrumentalities that she bought and owned-and was never under the supervision or direction of the GNR/GUNDAM/TEAM BRAZIL/LEBEIS.

102.   Benzova  had complete discretion over creative and technical aspects of each photograph,

103.   Benzova chose the angle of each photo.

104.   Benzova chose the lighting of each photo.

105.   Benzova chose the position of each photo.

106.   Benzova chose the subject matter of each photo.

107.   Benzova  chose the shading of each photo.

108.   Benzova chose the frame of each phot.

109.   Benzova chose the exposure of each photo.

110.   Benzova chose the lens of each photo.

111.   Benzova chose the camera's aperture for each photo.

112.   Benzova chose the shutter speed of each photo.

113.   Benzova chose the filter of each photo.

114.   Benzova chose the effects developed by the filters in each photo

115.   Benzova chose the rendition and how each photo was depicted.

116.   Benzova  chose the timing of each photo

117.   GNR/GUNDAM/TEAM BRAZIL/LEBEIS were not present during the creation of the photograph.

118.   GNR/GUNDAM/TEAM BRAZIL/LEBEIS were not present during the editing and direction of the photographs.

119.   GNR/GUNDAM/TEAM BRAZIL/LEBEIS gave no direction into how each photograph was made.

120.   Photographs were taken on cameras that were owned, purchased, and operated by Benzova

121.   Photographs were edited on computer owned, purchased, and operated by Benzova.

122.   Photographs were edited within software that was owned, purchased, and operated by Benzova.

123.   GNR/GUNDAM/TEAM BRAZIL/LEBEIS did not provide space or desks for Benzova to edit and develop photographs.

**COMPLAINT FOR DAMAGES**

124.   In each photo Benzova  selected the camera to use.

125.   In each photo Benzova selected the film/lens/format to use.

126.   Benzova made extensive and numerous judgements in regards to technical matters and the use of light.

127.   Benzova was retained for a "leg of tour" each time- relatively short periods, on a per job basis.

128.   GNR/GUNDAM/TEAM BRAZIL/LEBEIS paid Plaintiff a sum dependent on completion of a certain job- completion of photographs.

129.   GNR/GUNDAM/TEAM BRAZIL/LEBEIS had no right to assign additional projects to Plaintiff.

130.   Benzova was not paid by time, but by job.

131.   Benzova had no assistants.

132.   GNR/GUNDAM/TEAM BRAZIL/LEBEIS hired no assistant to help Plaintiff.

**Benzova's Photography with Guns N' Roses**

133.   Benzova was technically hired by GUNDAM TOURING SERVICES/GUNDAM PRODUCTION LLC ("GUNDAM").

134.   Between 2010 and 2022 Ms. Benzova captured over 250,000 photographs, for a total of 364 shows, while covering 30 tour legs.

135.   Ms. Benzova captured each Benzova Photograph  with her own Canon 5D Mark IV camera, and edited all the photographs on her own computer using her own Photoshop Lightroom software.

136.   During shows Ms. Benzova, by her own initiative and choice, would run and position herself at chosen locations throughout the concert venue to capture the most powerful, impactful, and beautiful moments of the event. Each photo was meant to capture and evoke the "spiritual feeling" of the concert.

137.   After each concert Benzova would select, edit, and deliver such photos for further distribution to a private drop box that was owned, created, and maintained by Team Brazil and Guns N' Roses.

138.   More specifically, members of GNR and TEAM BRAZIL- Fernando Lebeis, Vanessa Lebeis, Duff McKagan, Slash, Brian Klein, and Jeff Varner (Slash's Manager)-all had access to private drop box where the Benzova Photographs were delivered and offered for distribution.

139.   After receiving a photograph from Ms. Benzova, Team Brazil and Guns N' Roses would reproduce, create derivative works for advertising purposes, distribute, display, and hold out for licensing and sale the Benzova Photographs to Third Party Publications- including print magazine, online magazines, newspapers, and other websites

**COMPLAINT FOR DAMAGES**

140.   Some of the photos were captured and delivered while Benzova was under written contract("The Contract Period"); and the rest Benzova were captured when she was not under any written contract/ any contract. ("The Uncontracted Period").

141.   At all times during the Uncontracted Period, Ms. Benzova was the sole owner of the Benzova Photographs; and Benzova has secured (180) U.S. Copyright registrations.

142.   At all times during the Contract Period Benzova need not authorize and approve of Team Brazil, Gundam, and Guns N's Roses' commercialization of the Benzova Photographs because her works were "a work for hire" during the exclusive Term of the contract.

143.   However, during the Uncontracted Period from May 2016 to August 1, 2021; and from October 4, 2021 to October 2022, despite the absence of a written contract, Team Brazil, Gundam, and Gun's N Roses commercialized at least **145** of the Benzova Photographs without her authorization, permission, and against her consent and objectively manifested intent. (Benzova Photographs Tier 1)

144.   During the Uncontracted Period, Defendants were aware that it was not the owner of the Benzova Photographs.

145.   Team Brazil, Gundam, and Guns N' Roses authored the contracts, whereby the ending of Contract Term terminated any ownership interests.

146.   Secondly, Team Brazil, Gundam, and Guns N' Roses, are sophisticated parties with previous knowledge of copyright law, the statue of frauds, and industry standards.

147.   Furthermore, Team Brazil, Gundam, and Gun's N Roses position of non-ownership in the Benzova Photographs, during the Uncontracted Period, is reflected in the treatment of Benzova when they offered her $8,000 to try to get her to assign the rights in the photographs captured from October 3, 2021 to October 2022. **SEE EXHIBIT 4;** *October 2022 unsigned assignment.*

148.   Within such offer, Gundam asks Benzova to agree to the falsehood that she worked continuously for GNR from August 2021 to October 2022.

149.   On information and belief, GNR/GUNDAM/TEAM BRAZIL/LEBEIS would not ask Benzova to agree to a falsehood- that she worked continuously for GNR from 2021 to 2022- and ask her to assign her copyrights, unless they knew that they did not own copyrights in Benzova Photographs and knew that they had already infringed upon Benzova's rights.

150.   In fact, it was the habit and routine practice of Team Brazil and Guns N' Roses to infringe upon the copyrights of Benzova and others.

151.  Specifically, just to name one of many, Lebeis admitted to disrespecting and infringing upon Benzova's copyrights regarding a calendar where she was not given credit.

152.  Additionally, on another occasion on or about May 2020 during a public interview Lebeis openly admits to using another's photograph, infringing upon it, and not giving him credit, further supporting the fact that such egregious copyright infringement was routine practice. *Internet Interview with Fernando Lebeis, Podcast with Fans, The War Room* at min. 61.30 to min. 63, min. 81.55. *(May 7, 2020) (*Lebeis*: "You made that? We love that. My bad I didn't give you credit…I am so sorry. Somebody posted something and the guys were laughing….Don't lie to me. That's my job. I am just giving you content. I am just giving you fucking ammunition. You can use it against me. I am your biggest fan. By the way we love that photo. You made it for the guys…..Every decision I make is the going to be the decision you(Axl Rose) tell me.") (*emphasis added*)*. Interview available at the following URL:

https://www.youtube.com/watch?v=NycLDY4EUKs&t=6351s

153.  In said interview, Lebeis also admits to have takedown power, implying that he can take down pictures from public display that he has already infringed upon.

154.   Furthermore, in 2016 throughout 2022, Ms. Benzova would get into repeated disputes- both verbally and in writing-with Fernando Lebeis of Team Brazil, where she would directly and specifically notify Lebeis of his willful infringing activities, the breach of the conditioned use for photo credit, and/or for the unauthorized use of the Benzova Photographs.

155.   Such intent and condition were made expressly known since April of 2016 after Benzova discovered that number of people that see GNR photographs online was, at a minimum around 70,000 people per photograph.

156.   Such intent was expressly and objectively  manifested through conduct, multiple times, throughout 2016 to 2022, in texts, letters, emails, conversations, and through the non-execution of the contacts presented to Benzova on or about May of 2016 and on October 2022.

157.   In one such dispute regarding infringement, on or about November 2016,  Lebeis expressly admits to knowingly and intentionally infringing upon Ms. Benzova's copyrights, egregiously stating that he knew but was too lazy to give her credit.

158.   On another occasion, on or about November 2016, after being specifically notified of his unauthorized infringing use, Lebeis admits that his practice is "all part of a plan". And then Lebeis states "I knows what I am doing".

159.  On multiple other occasions, after being notified of infringement/unauthorized use, Lebeis would, in an egregious display of arrogance, tell Benzova that she didn't need photo credit because everyone already knew that she was the photographer of Guns N' Roses.

160.  In addition to admitting his own willful intentional infringement, Lebeis, in 2022, writes to Benzova that Guns N' Roses, his principal, has knowledge of such activity.

161.  Such knowledge is buttressed by the fact that Lebeis's principal Axl Rose has a pattern of behavior whereby he falsely claims ownership of photographs of himself in order an attempt to have absolute control over how he is perceived in the media.

162.  Evidence of such behavior has been documented by a public data base named, Lumen, where in 2016 Rose/Team Brazil hired a third party to try and take down photos of himself where he appeared overweight.

163.  Upon information and belief, which Plaintiff thereon alleges, the "plan" Lebeis refers to is Axl Roses plan to absolutely control his image on the internet in response to a 2016 controversy whereby embarrassing pictures of Rose was published. Rose then claimed to be author of the photographs to control distribution. However he was not the author and owner of such photographs.

**The Contracted Period**

164.   Despite working with Guns N Roses on and off for 12 years, for a total of 364 shows or 30 legs and working on a leg-to-leg basis, only four contracts- each pertaining to a single upcoming leg of a tour- were ever executed by Benzova. SEE EXHIBIT: Contracts

165.   Under such contracts, Benzova worked for Guns N' Roses as an independent contractor on a work for hire basis *during the term*- each term being for upcoming leg of the tour.

166.   The First executed contracted was in 2010 pertaining to the Australian Abu Dhabi Leg from December 1, 2010 to December 16, 2010.

167.   The second executed contract was in 2014 for the South American Leg, pertaining to the shows from March 20, 2014 to April 24, 2014.

168.   The Third executed contract was in March 2016 for a leg of the tour, pertaining to a leg of the tour that took place from March 20, 2016 to April 24, 2016.

169.   The next contract was presented to Benzova in May 2016- pertaining to the upcoming  leg of the tour - but was not executed by Benzova because at this point in time, Benzova had manifested her intent that all prior dealings were no longer satisfactory- especially pertaining to the terms of her fee, limited usage, profit sharing, non-transferability to third parties, presentation of photos to the

public, and the necessity of photo credit. Such intent was objective and communicated directly to Team Brazil and Gundam LLC.

170.   However, despite Benzova's repeated insistence and seeking to utilize written contracts, Defendants thwarted all such attempts at utilizing of written contracts throughout 2016 to 2021, and did not present Benzova with another contract until August 28, 2021.

## The Uncontracted Period-(2016-2021), (2021-2022)

## Tier One Photographs

171.   Despite working with Guns and Roses for a total of 364 shows, Ms. Benzova was only under written contract from a) December 1, 2010 to December 16, 2010; b) March 20, 2014 to April 24, 2014; c) March 20, 2016 to April 24, 2016; and August 1, 2021 to October 3, 2021. This totals 145 days (all photographs taken during these 145 days are not in dispute).

*172.*   The last contract given and signed by Benzova was on August 28, 2021, for a Term ending on October 3, 2021. **SEE EXHIBIT 5; *August 1-October 3, 2021 contract.***

173.   This contract, authored by Gundam Touring LLC, pertains to a leg of the tour that began on August 1, 2021 and ended on October 3, 2021(the Term) for the "We're Effin Back"

174.   During the Term, Benzova's works were to be exclusive and a work for hire for a period of 8 weeks, for a total compensation of $40,000.

175.   However, Ms. Benzova began working on the We're Effin back tour on July 31st and was not given the contract until August 28, 2021- twenty-eight (28) days *after* she began working.

176.   The contract had a work for hire clause that states, in relevant portion, "You acknowledge and agree that the results and proceeds of your services rendered *during the Term* will be on a work for hire basis."

177.   This last contract, when presented in late August of 2021, is also of importance because it was accompanied by an email where GUNDAM TOURING admits to knowing at this point in time that they do not own or have permission to use BENZOVA's photographs and that a separate NDA agreement was also necessary to acquire any ownership rights for Benzova's work *during the term*- from August 1, 2021 to October 2021.

178.   Yet the NDA, which is attached to the deal memo and which did not specify any particular works or offer any additional compensation- states, in an intentionally subdued and latent way, that it is effective as of 2016- a five year retroactive reach.

179.   Upon information and belief, which Benzova thereon alleges, this was GUNDAM's veiled way of trying to seek release from liability after the fact because they knew that their conduct was infringing.

180.   Furthermore, GUNDAM's intentional contradiction regarding the meaning of "the term" within of the- 1) initial deal memo agreement with salient terms presented in August 2021; 2) the accompanying email; and the 3) NDA's purported effective date of 2016 -shows defendants' deceitful and duplicitous intent. The dates, documents, and sequence by which they were presented to Benzova were meant to misdirect and cause ambiguity - in order for GUNDAM to try and seek release from liability for their past willful infringement, while, at the same time, hide this purpose and intention from Benzova.

181.   Benzova executed the August 2021 contract on August 28th, 29 days after she began working on July 31st, according to the salient points of the deal memo: total compensation for $40,000 on a work for hire basis for the Term pertaining the upcoming leg of the tour from August 1, 2021 to October 3, 2021.

182.   Plaintiff did not execute the NDA with the belief, intent, interpretation, or assent that the purported effective date of the NDA- the 5 year retroactive reach back with no additional compensation and no specifications of work- would somehow assign her copyrights on a work for hire basis (or as an assignment or any other basis of transfer) from 2016-2021- the period of time

whereby GUNDAM/TEAM BRAZIL/ FERNANDO LEBEIS intentionally thwarted utilization of contracts despite Benzova's insistence to use them. (*See within* Intentional Thwarting of Utilization of Contracts by Team Brazil).

183.   Furthermore, Gundam only paid $36,160 of the $40,000 promised, which constitutes a breach, and Benzova is not suing for *any* of the photographs captured during the Term of the last executed contract- from August 1, 2021- October 3, 2021.

184.   Nevertheless, after the termination of the Final Term in October 2021, GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS resumed their habitual and systemic practice of egregious and willful infringement upon the Benzova Photographs.

185.   After the termination of the final Term ending in October 3, 2021- from October 4, 2021 to November 2022- Benzova authored 39, 527 photographs- each being an original work of authorship protected by copyright.

186.   Of those 39,527 photographs, 1,266 were offered for further distribution -permission being conditioned upon, *inter alia,* her fee, controlled use, proper photo credit for Benzova, non-transferability to third party, and profit sharing in print.  17 U.S.C. § 101 ("Publication" is the distribution of copies or phonorecords of a work to the public by sale or other transfer of ownership, or by rental, lease, or lending. The offering to distribute copies or phonorecords to a

group of persons for the purpose of further distribution, public performance, or public display, constitutes publication. A public performance or display of a work does not of itself constitute publication.")

187.   All of the said photographs in question were delivered to the private drop box ( referred to as "The Drop Box" within  Willful Infringement Section) which was created, owned, maintained, and directly *accessed* by Team Brazil, Gundam, and Guns N' Roses.

188.   The delivery, an offer of distribution, by Benzova, of  each of the individual 1,266 photographic  works, marked the first publication date of that individual work. ( **See Exhibit D, G, and F**)

189.   Ms. Benzova authorized the first publication of each photograph in question by offering to distribute the photographs herself.

190.   It was always Benzova's intention to have her work be published and seen and enjoyed by the world.

191.   After first publication and within three months of timely registration, Team Brazil, Gundam, and Guns N' Roses then infringed upon at least 155 individual Benzova Photographs, by using each of the 155 photographs without permission, authorization, and consent of Ms. Benzova.

192.   Pursuant to 17 U.S.C. §412(2)- works registered within three months of first publication are afforded statutory damages and attorneys' fees as remedies.

*House Report No. 94-1476* (As an exception, however, the clause provides a grace period of three months after publication during which registration can be made without loss of remedies; full remedies could be recovered for any infringement begun during the three months after publication if registration is made before that period has ended. This exception is needed to take care of newsworthy or suddenly popular works which may be infringed almost as soon as they are published, before the copyright owner has had reasonable opportunity to register his claims.)

193.  Furthermore, Team Brazil, Gundam, and Guns N' Roses had knowledge of the infringement because they were aware of the final Term of any ownership ending on October 21, 2021 due to the fact that GUNDAM authored the Term themselves.

194.  Furthermore, upon information and belief, GUNDAM'S/GNR'S/TEAM BRAZIL'S/FERANDO LEBEIS' knowledge is reflected in the 2022 offer where they seek assignment of the Benzova Photographs in exchange for $8,000. **SEE EXHIBIT 4.**

195.  Benzova refused such offer and did not assign any rights.

## Intentional Thwarting of Utilizing Written Contracts by Team Brazil

196.   Although Benzova worked for Guns N' Roses, since 2010, problems regarding usage, licensing, copyright, photo credit, and payment, started to arise in 2016.

197.   In 2016 Fernando Lebeis became official manager of Guns N' Roses and the proxy that Katarina Benzova negotiated with.

198.   Lebeis's responsibilities and authority as proxy and managing agent included, *inter alia*, included power to negotiate and power to assign photo credit.

199.   It was common knowledge that Fernando Lebeis was less experienced compared to former managers of Guns N' Roses and other bands of similar status.

200.   Regardless of experience, Lebeis as manager of Guns N Roses qualifies as a "managing agent" of the corporation. *CA Civil Code* §3294 (b) ("With respect to corporate employer, the advance knowledge and conscious disregard, authorization, ratification or act of oppression, fraud, or malice must be on the part of an office, director, or *managing agent* of the corporation.) (emphasis added).

201.   Lebeis's rise to Guns N Roses manager also placed him as the direct negotiator with Benzova. Here, as stated, his authority included, *inter alia*, affixing photo credit for photographs displayed to the public and negotiating terms. However Lebeis also held himself out as a music manager that had many connections that could help/aid the BENZOVA in her career.

202.   In an email in 2016, Lebeis admits that he writes photo credit for social media outlets.

203.   Furthermore, in an email in December of 2022, Lebeis displays that power to direct photo credit to a third party.

204.   Additionally, beginning in 2016, Ms. Benzova made it objectively and expressly clear of her intention regarding the limited/controlled use of her photographs.

205.   She makes it clear that all former course of dealings- referring to agreements prior to 2016- shall **not** be thought of as renewed, automatic, or automatically renewed and that each leg of the tour is a new beginning.

206.   Benzova's change of intention and expression of that intention arose because of the changing impact of the internet, particularly social media, her higher esteem and reputation in the industry, and the discovery of how many people potentially view a Guns N' Roses photograph.

207.   This intention was communicated and received by Fernando Lebeis. Such intention was conveyed directly, specifically and understood. In March of 2016 Lebeis, in email, agrees and promis*e*s that Benzova shall get credit moving forward.

*208.*   Such intent was further memorialized in May 2017, during negotiations, when Benzova wrote:

*a.*      Katarina Benzova shall receive her name by way of photo credit whenever the image is used in any fashion whatsoever, including, without limitation, publications, promotional materials, books, tour programs, and all other print forms now or hereafter devised and in connection with all social media now or hereafter deployed.

b.      Furthermore, Benzova notified TEAM BRAZIL/GUNDAM that there was no automatic continuing or renewal or terms ever- that each tour was always a new beginning

209.  Furthermore, in 2016, Benzova has made her intention clear that reproductions of her work used into tangible form and/or with third parties calls for profit sharing and credit.

210.  Such intent was also made manifest, on or about May 2016/ May 2017, when a contract was presented to Benzova, without those terms, and Benzova refused to sign.

211.  From then on, from 2016 to 2022, when credit was not provided as promised,  Benzova objected, notified, and gave warning about such unauthorized use. On scores of occasions Benzova specifically notified Lebeis that such use was without her permission, informed Lebeis that her conditioned use was accepted by other bands as standard, and told Lebeis on numerous occasions that deviation from the conditioned use of her work "put them in professional conflict".

212.   In response, Lebeis would *lie*, give promises of credit, give promises of profit sharing with third parties, and repeatedly "*reassured*" Benzova. More specifically, in an email, Lebeis stated "you (Benzova) will be credited upon credited."

213.   In addition, Lebeis continuously *lied* to Benzova regarding photo credit, profit sharing with third parties, bonuses, and opportunities in order to secure her participation and loyalty.

214.   More specifically, Lebeis *lied* to Benzova by promising Plaintiff photo credit with upcoming projects such as calendars; Benzova's reception of photo credit on coffee table books; profit sharing with Third Parties; reception of photo credit with all Third Parties; and Benzova receiving photo credit for all works made tangible and/or into print. Lebeis even lied to Benzova about an exhibition of her photography with Gun N' Roses where she would receive photo credit for Works displayed. Furthermore, in 2020, Lebeis lied and promised to give Benzova a bonus for which he did not provide, as well as promised her 3 books which she would get credit for.

215.   These lies were repeatedly told and repeatedly reassured and were repeatedly used to mislead Ms. Benzova so that Lebeis could continue his practice of infringement; and conceal his ongoing unauthorized impermissible use of the **Benzova Photographs** from Benzova .

216.   Furthermore, these lies induced Benzova, and Benzova had them in mind and relied upon Lebeis's lies before and during the creation and delivery of the Benzova Photographs in question.

217.   Upon information and belief, Lebeis had made these promises without present intention to perform, but instead with the purpose of staving off Benzova in order to conceal unauthorized uses of her work such as that with Classic Rock Magazine, Rolling Stone, and "Nighttrain"- a GNR website with more than 70,000 members that explicitly states "Guns N' Roses is managed by Team Brazil "(See generally Exhibit G, pp. 276-356; URL: https://www.gunsnroses.com) .The Nighttrain website's visual content is heavily proliferated  with unauthorized uses of Benzova Photographs; and, on information and belief, has generated at least 4.13 million dollars ($4,130,000) in revenue ($59 multiplied by 70,000)- all of which was information hidden from Benzova. *California Civil Code* § 3294 (a); *California Civil Code* § 3294(c) (3) ("Fraud means an intentional misrepresentation, deceit, or *concealment of a material fact known to the defendant* with the intention on the part of the defendant of thereby depriving a person of property or legal rights or otherwise causing injury) (emphasis added).

218.   Such mal intent is further substantiated by the fact that Lebeis would even lie in regards to ownership of the photographs. This lie, which was told repeatedly, **after** the expiration of any ownership interest. This lie was designed to

confuse and belittle Benzova into believing that she did not have the right or power or control over her own photographs when dealing with Lebeis. Furthermore, this lie targeted Benzova's vulnerability because Lebeis knew that English was not her first language, that he was far more experience in the industry (20 years of extensive experience), and knew his position of as proxy/managing agent/manger of Guns N' Roses Benzova  would unduly persuade and oppress her, making her believe untrue statements of fact that were adverse to her own interest.

219.  By way of example and more specifically, in an email, on or about November 2016, Lebeis writes "we own the photographs you take".

220.  This lie regarding ownership was an intentional misrepresentation of present and past material fact that Lebeis knew of and that Benzova relied upon. Consequently, this misrepresentation of material fact invalidates any so-called consent or implied consent that GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS may purport in its defenses/claims for declaratory judgment. (Special Pleading Fraud)

221.  Hiding the fact that GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS were not owners the of the Benzova Photographs gave Lebeis the false impression he did own the photographs and therefore "had the right" to control and authorize their use. Maintaining this false impression of ownership in the eyes of

both Benzova and Third parties was needed in order for GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS to continue their practice of egregious infringement.

222.   More specifically, Lebeis maintained this false impression of ownership by posing as Grantor, Promisor, and/or Licensor of the underlying copyrights in the Benzova Photographs.  (Special Pleading/Fraud)

223.   Maintaining this false impression of ownership was further substantiated by Lebeis telling Benzova to remove any information that she was official photographer of Guns N' Roses. After Benzova did a radio/podcast interview where it was mentioned that she was the photographer for Guns N' Roses, Lebeis reprimanded Plaintiff and told her not to disclose that she was the photographer for Guns N' Roses. Lebeis stated "the reason" for such non-disclosure was because of the NDA policies. But, in fact, the NDA did not and cannot hide the existence of a relationship and, upon information and belief, Lebeis wanted to maintain the misrepresentation to third parties that he had the power to authorize the exclusive rights underlying the Benzova Photographs. (Special Pleading/ Fraud)

224.   Upon information and belief, upholding this misrepresentation- this lie about the material fact regarding who owns the Benzova Photographs- was one of the prime motivations behind GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS not utilizing any contracts from 2016 to 2021. So long as written contracts

were not used, Lebeis' promissory lies could still induce Benzova and the present/past fact that GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS did not own the photographs would not be explicitly revealed. Keeping this misrepresentation hidden was how Lebeis maintained his false power dynamic over Benzova and how Lebeis could hold himself out to third parties as having the power to authorize and control copyrights underlying the Benzova Photographs. (Special Pleading/Fraud)

225.   Furthermore, Lebeis misrepresenting who is the owner of Benzova Photographs was intended to deceive Benzova ( and other third parties) as to the nature of the relationship between the parties. More specifically, Lebeis's misrepresenting the GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS as owners of the Benzova Photographs misled Benzova and third parties as to who was/the true identities of 1) the author of the Benzova Photographs; 2) Copyright-holder of the Benzova Photographs 3) the buyer; 4) the seller; 5) the licensor and 6) the licensee. Lebeis, particularly wanted to conceal the fact that defendants were only potential licensees/ non-authors of the Benzova Photographs because such status implies defendants aren't the holders of the exclusive rights, are not the Grantors, are not the Licensors,  and that they don't own the photographs. (Special Pleading Fraud)

226.   More specifically, such duplicitous intent is displayed on or about November 2016 when Lebeis copied Liz Colabraro- (Fernando Lebeis's secretary/assistant/day to day manager for GNR who worked directly under Fernando)- on an email with Benzova stating he is the owner of the photographs that Benzova takes. Then, 34 minutes later, Lebeis emails Benzova privately- without Liz Colarbroa copied on it- and gives Benzova false promises of credit and tells Benzova he loves her more than she'll ever know.

227.   More specifically again, such duplicitous intent is displayed on September of 2022, when Lebeis, through email with third parties, connects a publicist to  Benzova,  and then demands Plaintiff give her "our photos"- thereby publicly implying defendants is the owner of the Benzova Photographs. Here, Benzova gives no response, does not cooperate, and gives no photos because she is coming to realize Plaintiff's lies and misrepresentation.

228.   In addition, as Benzova's career blossomed- due to the merits of her own creativity and intellectual property- industry standards and contracts with other bands began to unearth Lebeis' lies and Benzova came to realize that she had relied upon Lebeis misrepresentations regarding ownership. (Special Pleading Fraud)

229.   When Benzova would confront and try to bring up such topic, Lebeis would habitually stonewall Benzova ; gaslight Benzova, or psychologically

manipulate Benzova in order to make her believe she was not the owner and therefore had no right to control or exclude. Nevertheless, despite such undue pressure and misrepresentation, Benzova still did objectively communicate that she wanted controlled use, photo credit, as well as authorization and profit sharing in regards to all third parties.

230.  Despite Benzova's express statements of conditioned use, Lebeis continued his practice of egregiously infringing and/or authorizing uses to which he had no permission or right or consent. More specifically, by way of example, on or about November 2016, Benzova openly stated to Lebeis, after Lebeis admitted to willfully withholding her photo credit, that whenever proper credit is not given then my rights have been disrespected and "we are in conflict."

231.  In addition, Benzova, over this period of 2016-2021, Benzova repeatedly insisted and demanded that they utilize written contracts and formalize controlled use terms and payments in exchange for the use of her photographs.

232.  Benzova also openly stated utilization of written contracts and formalization of terms would reduce uncertainty, conflict, and transaction costs. In addition, in email, Benzova stated formalized contracts would increase certainty and predictability.

233.  However, Lebeis habitually and through routine practice, either ignored Benzova; falsely played stupid; lied to Benzova about understanding or

**COMPLAINT FOR DAMAGES**

compliance; and/or claimed he didn't remember the terms when deliberate deviation occurred.  On one such occasion, on or about, May 2017, after insisting writing the terms again and being ignored again, Lebeis demeans Benzova and tells her he didn't respond to her requests for written terms because he was "too busy doing other shit".

234.   GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS purposely thwarted such behavior even though they were sophisticated parties, well-aware of industry standards, the Statue of Frauds, and Copyright infringement laws.

235.   From 2017 to 2021, Team Brazil refused to utilize written contracts despite savvy and knowledge of the Statue of Frauds, Copyright formalities, and Benzova's repeated insistence.

236.   Therefore there was no silent acquiesce or lack of objection, on Benzova's part, regarding the unauthorized uses. Furthermore, Benzova gave prior warning and notice of intent to control, limit use, profit share with third parties, receive credit and gave notice of circumstances which would trigger conflict *before* creation and delivery of the Benzova Photographs in question and *before* her departure and discharge.

237.  But, instead of complying to known terms and intent, Lebeis continued to disrespect Benzova's rights, flout copyright law, and psychologically manipulate Benzova, stating that "family" doesn't need contracts; "family takes

care of each other"; and even falsely claiming he was one gathering money and paying Benzova directly; and, as stated above, falsely claiming that GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS were the owner the Benzova Photograph in order confuse and mislead BEnzova ( *See within-* Intentional Misrepresentation of Material/Basic Fact Regarding Ownership of Benzova Photograph)

238.   On information and belief, the purposeful omission of contracts and intentional frustration of attempts to utilize written contracts was purposeful in order to conceal all the impermissible and unintended uses of the photographs that GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS wanted to hide from Benzova- including third party distributions, third party publications, creation of derivative works such as DVD's and CD Covers; as well as the Benzova Photographs being used as a draw to the Guns N' Roses private subscription service called Nighttrain which costs fifty(50) or eight(89) dollars to access - all of which were not uses Benzova imagined and only discovered later, after the infringement had already occurred.

239.   Therefore Benzova's desire and intent was to utilize written contracts in accordance with underlying goal of Copyright law; but Lebeis habitually stonewalled all such attempts and efforts because he had the opposite intent- to *increase* unpredictability and uncertainty because he knew it would be easier to

backtrack on the conditions and promises he made so long as Benzova's terms were not in writing.

240.   Furthermore, on information and belief, GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS had additional advance, actual, and/or constructive knowledge that such uses unauthorized because they were aware of well-known industry standard for photo credit and copyright retention on publications-especially in regards to trademarkable goods, the draw for the subscription service, third party distribution, and use in highly publicized displays and physical publications with renowned "Rock N' Roll" magazines.

241.   Such knowledge is further supported by the fact that GNR have been involved in multiple lawsuits pertaining to photographic copyright infringement and Lanham Act violations. In particular, and more specifically, GNR undoubtedly knew of the magnitude of their wrongdoing beforehand because of their involvement in the case of *Weber v. Geffen Records; Guns N Roses Music*, where the Court <u>directly states to Gun's N' Roses themselves</u> that: "For the Lanham Act to apply to a copyright based-claim, an aggrieved author must show more than a violation of the author's copyright-protected right to credit and profit from a creation. The author must make a greater showing that the designation of origin was false, was harmful, and stemmed from <u>some affirmative act whereby defendants falsely represented itself as the owner</u>." *Christopher G. Weber, d/b/a*

*Hollywood Rose Music v. GEFFEN RECORDS, INC.; Guns N' Roses Music; Guns N' Roses, Inc.; W. Axl Rose; Michel "Duff" McKagan; and Jeffrey Isbell p/k/a Izzy Stadlin*. No. 98 Civ. 0311 (CBM) United States District Court, S.D. New York, Sept. 9, 1999

242.   Furthermore, on numerous occasions, Benzova informed Lebeis specifically and directly that her other dealings required photo-credit and control of copyright; as well that industry standards entailed photo credit and that any such use otherwise would <u>be grossly inconsistent with industry standards. When presented with such facts, Lebeis told Benzova he didn't want to know</u>.

243.   In addition, upon information and belief, Lebeis's purposeful omission of written contracts was intended in order increase phycological and sexual leverage over Benzova. Benzova's continuous objection and rightful demand for photo credit was spun, by Lebeis, into Benzova being ungrateful, greedy, and somehow "narcistic". When in fact, upon information and belief, Lebeis used Benzova's grievances  over photo credit as potential opportunities and means to extort sexual favor, consideration, and attention from Benzova.

244.   Furthermore not utilizing written contracts was the only way Lebeis could continue to hide his prior misrepresentations regarding false ownership, to hide his unlawful authorization to third parties, and to hide his illusory bargaining power over Benzova.

245.   Here the practice of disidentifying Benzova as the owner and misidentifying GNR as owner was a practice that establishes fraud. This lie was 1) the misrepresentation of present/past material fact that all other fraudulent promises of inducement were based upon;  2) how GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS concealed the fact-to Benzova and to Third Parties- that GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS were *actually non-owners* and how GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS concealed the fact that they were *actually only potential licensees*, so they could hold themselves out as copyright holders to Third Parties; and 3) the method/means by which Lebeis obtained any so-called "consent" from Benzova. From 2016 to 2021 Lebeis oppressively and repeatedly reaffirmed this misrepresentation- intentionally infecting Plaintiff's decision-making from a position of authority-and often in foreign countries where Benzova had no support system, knew nobody else, and had no realistic means of leaving. (Special Pleading Fraud)

246.   Furthermore, Lebeis's ongoing misrepresentation of ownership was basic and material because it goes to the pretense of ownership and was designed to gain an oppressive advantage and power over Benzova. This fraudulent misrepresentation affected the whole nature of the relationship, the nature of the actions of Benzova, and the nature of any consideration given. Benzova would not

have entered into such "agreement" if this fact was not misrepresented. Lebeis perpetrated this material misrepresentation against Benzova in order to secure her participation- thus apparent consent was based on the false pretense.

247.   Consequently, Benzova justifiably relied upon such misrepresentation because 1) the intentional thwarting of written contracts robbed Plaintiff of the opportunity to investigate (and once written contracts were presented the situation unraveled and came to a head) ; 2) because Lebeis wielded his power from a preexistent position of apparent authority as Guns N' Roses manager/proxy/managing agent-stating he, with the aid of his lawyer, had superior knowledge in the complexities of copyright law; and; 3) because GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS were sophisticated parties and knew that Benzova was a foreign citizen, that English wasn't her first language, and that she had no knowledge of Copyright law. Furthermore, GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS knew that her copyrights were intangible and thus were not readily discernible;- so GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS  knew Plaintiff would rely on their statements- especially because GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS were the hiring party(in a position of trust), continuously reassured Benzova, and had repeatedly told Benzova  that she was not the owner - against her own interest- numerous times throughout years.

**COMPLAINT FOR DAMAGES**

248.   For example, and more specifically, in winter of 2017, Lebeis, after promising profit sharing and credit, reassures Benzova by stating: I will do everything in my power to make you happy.

249.   Again, more specifically and by example, on or about August 2022, two months before cutting ties Benzova, Lebeis stated to Benzova that they are "forever bound" and don't think your job *or anything* is ever in jeopardy – we're never gonna, never gonna get rid of you**.**

250.   Another specific example occurred on or about June 2017. After a dispute about credit and ownership, Lebeis falsely asserts ownership and tells Benzova that if you want to be known as our official photographer you have to consult me. Then, right after, Lebeis reassures Ms. Benzova and states: "I believed in you before anyone else, I will always be beside you, I know what I am doing and know how to help you get to whichever place you are looking to head towards. You are not alone…. You are my girl, Kat. Always and forever."

251.   These specific instances of reassurance- which were repeated scores of times throughout 2016-2021-were intended to 1) take advantage of Benzova's lack of knowledge; and 2) to strengthen Benzova's misbelief so that GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS could disempower her position and exploit and profit from her photographs in any manner they wished "without the need" for her permission or proper compensation.

252.   In addition to these oppressive and opportunistic methods stated above, Lebeis also stonewalled Benzova whenever she broached the topic of ownership.

253.   For example, and more specifically, on January 29, 2017, during an exchange involving ownership and credit, Lebeis writes "I am burnt out on this mine vs. theirs crap."

254.   Another specific instance occurred on February 2018 when Benzova broaches the topic of ownership and credit and Lebeis states "I don't want to hear it, it bums me out".

255.   Furthermore, reliance on such misrepresentation harmed Benzova by: 1) depriving and precluding her from exercising her true rights and enjoying the income-earning potential of her own photographs; 2) Benzova was harmed because the misrepresentation of ownership excluded Benzova from linking to buyers and licensees that would generate profit and further exposure; 3) the fraudulent ownership directly displaced the market value of Benzova's photographs because GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS usurped connections, profits, and license fees that would otherwise and rightfully should have gone to the Benzova; and 4) Benzova's reliance on misrepresentation prevented Benzova from timely registration of thousands of photos and timely enforcing her copyrights .

256.   More specifically, and by example, on or about January 2017, Lebeis, under the false pretense of ownership, tells Benzova that you can't use your photographs for self-gain, texting, "And that if you ever want to do anything, run it by me."

257.   In addition to the harm stated above, upon information and belief, GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS perpetuated such fraud of ownership with the intent to run the statute of limitations of 3 years in order to deprive Benzova of the ability to bring suit and to thereby "escape liability" for their past infringement. 17 U.S.C. §507(b).

258.   However Benzova shall seek the discovery rule on such photos.

259.   The harm, just stated, is all in addition to the harm created by the hundreds of specific instances of copyright infringement shown below. (*See within,* Team Brazil and Guns N' Roses Willful Infringement.)

260.   Sure enough, within a year of the 2021 and 2022 written contracts being presented to Benzova, GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS' past misrepresentations of ownership came to light, the situation came to a final head, and Benzova discovered the magnitude of the copyright infringement that had been perpetrated against her.

261.   Upon information and belief, GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS arrogantly wagered the probability of getting away

with their infringement against the probability that Benzova would 1) discover the extent of the infringement; 2) hire a lawyer; *and* 3) pursue litigation against a party who in endowed with greater financial resources.  This twisted calculus in regards to "efficient infringement" is the exact conduct punitive damages and enhanced statutory damages are meant deter.

### Team Brazil and Guns N' Roses Willful Infringement

#### *Benzova Photograph 1*

262.   On or about October 11, 2022 Benzova authored the Photograph entitled *Benzova Photograph 1* (See Exhibit D, pp. 1-4) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

263.   On or about October 12, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of Benzova Photograph 1 and, on or about October 11, 2022, authorized Third Parties, El Colombiano; Rockaxis.com; and Orbitarock.com to publish articles that feature the Benzova Photograph 1.

264.   Defendants-without Benzova's permission, consent, or authorization-thereby infringed upon Plaintiff's Copyright ( See Exhibit D, pp. 1-3).

265. As of the date of this filing, upon information and belief, Third Parties- El Colombiano; Rockaxis.com; and Orbitarock.-are still publicly displaying Benzova Photograph 1 at the following URL's:

http://www.elcolombiano.com/multimedia/imagenes/foto-del-concierto-de-guns-n-roses-en-bogota-FF18847332; https://www.rockaxis.com/rock/galeria/36072/guns--n--roses--south-american-tour-2022; https://orbitarock.com/resena/regreso-de-guns-n-roses-bogota-2022

266. Third Parties- El Colombiano; Rockaxis.com; and Orbitarock.- have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

267. Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 2*

**COMPLAINT FOR DAMAGES**

268.   On or about October 11, 2022 Ms. Benzova created a photograph entitled _Benzova Photograph 2_ that is an original work of authorship, which Plaintiff timely secured registration for as U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. ( See Exhibit D, pp.5-6)

269.   On or about Date November 2, 2022, Defendants accessed their Dropbox, obtained a copy of said photograph, and copied a replica of the photograph.

270.   Defendants. without permission or consent or authorization of Plaintiff, thereby infringed upon Plaintiff's copyright by publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit D, pp. 5-6).

271.   In addition, with knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated CMI. 17 U.S.C. §1202.

_Benzova Photograph 3_

272.   On or about October 11, 2022 Ms. Benzova created a photograph entitled _Benzova Photograph 3_ that is an original work of authorship, which

Plaintiff timely secured registration for as U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 7-8).

273.  On or about November 2, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

274.  Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit D, pp. 7-8).

275.  With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated CMI. 17 U.S.C. §1202.

*Benzova Photograph 4*

276.  On or about October 11, 2022 Benzova authored the Photograph entitled *Benzova Photograph 4* (See Exhibit D, pp. 9-11) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

277.  On or about October 12, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 4*

and, on or about October 12, 2022, authorized Third Parties-El Colombiano and Rockaxis.com- to publish articles that featured the Benzova Photograph 4.

278.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit D, pp. 9-11).

279.   As of the date of this filing, upon information and belief, Third Parties- El Colombiano and Rockaxis.com-are still publicly displaying _Benzova Photograph 4_ at the following URL's:

http://www.elcolombiano.com/multimedia/imagenes/foto-del-concierto-de-guns-n-roses-en-bogota-FF18847332; https://www.rockaxis.com/rock/galeria/36072/guns-n--roses--south-american-tour-2022

280.   Third Parties- El Colombiano and Rockaxis.com- have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

281.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 5*

282.   On or about October 11, 2022 Benzova authored the Photograph entitled *Benzova Photograph 5* (See Exhibit D, pp. 12-15) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

283.   On or about October 12, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of Benzova Photograph 5 and, on or about October 12, 2022, authorized Third Parties- El Colombiano, Rockaxis.com, and Misrevitas.com- to publish articles that feature the *Benzova Photograph 5* .

284.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright.  (See Exhibit D, pp. 12-15).

285.   As of the date of this filing, upon information and belief, Third Parties- El Colombiano; Rockaxis.com; and Misrevitas.com-are still publicly displaying *Benzova Photograph 5* at the following URL's:

http://www.elcolombiano.com/multimedia/imagenes/foto-del-concierto-de-guns-n-roses-en-bogota-FF18847332; https://www.rockaxis.com/rock/galeria/36072/guns-n--roses--south-american-tour-2022;

286.   Third Parties- El Colombiano, Rockaxis.com, and Misrevitas.com- have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

287.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 6*

288.   On or about October 11, 2022 Benzova authored the Photograph entitled *Benzova Photograph 6* (See Exhibit D, pp. 16-18) and timely registered it under Copyright Registration number VA 2-332-042 on November 30, 2022.

289.   On or about October 12, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 6* and, on or about October 12, 2022, authorized Third Parties, El Colombiano and Rockaxis.com- to publish articles that feature the *Benzova Photograph 6*.

290.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit D, pp. 16-18).

291.   As of the date of this filing, upon information and belief, Third Parties- El Colombiano and Rockaxis.com.-are still publicly displaying *Benzova Photograph 6* at the following URL's:

http://www.elcolombiano.com/multimedia/imagenes/foto-del-concierto-de-guns-n-roses-en-bogota-FF18847332; https://www.rockaxis.com/rock/galeria/36072/guns-n--roses--south-american-tour-2022;

292.   Third Parties- El Colombiano and Rockaxis.com- have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

293.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 7*

**COMPLAINT FOR DAMAGES**

294.   On or about October 12, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 7* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 19-20).

295.   On or about November 2, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

296.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by publicly displaying it on its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit D, pp. 19-20).

297.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 8*

298.   On or about October 12, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 8* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 21-22).

299.   On or about November 2, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

300.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by publicly displaying it on its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit D, pp. 21-22).

301.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

### *Benzova Photograph 9*

302.   On or about September 30, 2022 Benzova authored the Photograph entitled *Benzova Photograph 9* (See Exhibit D, pp. 23-25) and timely registered it under Copyright Registration number VA 2-332-042 on November 30, 2022.

303.   On or about October 3, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 9* and, on or about October 3, 2022, authorized Third Party- Rolling Stone Magazine, Argentina- to publish an article that featured the *Benzova Photograph 9.*

304.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit D, pp. 23-25).

305.   As of the date of this filing, upon information and belief, Third Party-Rolling Stone Magazine.-are still publicly displaying Benzova *Photograph 9* at the following URL: https://es.rollingstone.com/mira-lo-que-viernon-los-gunsnroses-el-fervor-del-publico-argentino-desde-el-escenario-arg/

306.   Third Party- Rolling Stone Magazine, Argentina- have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to Rolling Stone Magazine's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

307.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from the Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

308.   In addition to the act of above, on or about November 2, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph- *Benzova Photograph 9*- and copied a replica of the photograph in question.

309.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by publicly displaying- or authorizing the public display, reproduction, and/or distribution- of *Benzova Photograph 9* on the

"DF ENTERTAINMENT"-Twitter page and/or Instagram Page with the GNR logo and/or the attribution of "Twiiter/@gnrargentina". (See Exhibit D, pp. 7-8).

310.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.


*Benzova Photograph 10*

311.   On or about September 30, 2022 Benzova authored the Photograph entitled *Benzova Photograph 10* (See Exhibit D, pp. 26-27) and timely registered it under Copyright Registration Number VA 2-332-042 on November 30, 2022.

312.   On or about October 12, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 10* and, on or about October 12, 2022, authorized Third Party-Piramideinvertidat.com.ar- to publish an article that featured *Benzova Photograph 10.*

313.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit D, pp. 26-27).

314.   As of the date of this filing, upon information and belief, Third Party-Piramideinvertidat.com.ar -is still publicly displaying *Benzova Photograph 10* at

the following URL: https://www.piramideinvertida.com.ar/2022/10/12/guns-n-roses-y-otro-capitulo-dorado-de-su-historia-en-river/

315.   Third Party- Piramideinvertidat.com.ar-have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

316.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

### *Benzova Photograph 11*

317.   On or about October 11, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 11* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 28-29).

318. On or about November 2, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

319. Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit D, pp. 28-29).

320. With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.


### *Benzova Photograph 12*

321. On or about October 12, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph12* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 30-31).

322. On or about November 2, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

**COMPLAINT FOR DAMAGES**

323.  Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit D, pp. 30-31).

324.  With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 13*

325.  On or about September 30, 2022 Benzova authored the Photograph entitled *Benzova Photograph 13* (See Exhibit D, pp. 32-34) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

326.  On or about October 1, 2022 and October 12, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 13* and, on or about October 1, 2022 and October 12, 2022, authorized Third Parties- DF Entertainment and Piramideinvertidat.com- to publish articles that featured *Benzova Photograph 13.*

327.  Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit D, pp. 32-34).

328.  As of the date of this filing, upon information and belief, Third Parties- DF Entertainment and Piramideinvertidat.com -are still publicly displaying

*Benzova Photograph 13* at the following URL:

https://www.piramideinvertida.com.ar/2022/10/12/guns-n-roses-y-otro-capitulo-dorado-de-su-historia-en-river/

329.   Third Parties- DF Entertainment and Piramideinvertidat.com - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova. Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 14*

330.  On or about September 30, 2022 Benzova authored the Photograph entitled *Benzova Photograph 14* (See Exhibit D, pp. 35-36) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

331.   On or about October 1, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of _Benzova Photograph 14_ and, on or about October 1, 2022, authorized Third Parties- Mercury Concerts and DF Entertainment- to publish articles that features the _Benzova Photograph 14_ .

332.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit D, pp. 35-36).

333.   As of the date of this filing, upon information and belief, Third Parties- Mercury Concerts and DF Entertainment -are still publicly displaying _Benzova Photograph 14_ at the following URL: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

334.   Third Parties- Mercury Concerts and DF Entertainment - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

335.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 15*

336.   On or about October 12, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 15* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 37-38).

337.   On or about November 2, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

338.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by publicly displaying it on its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit D, pp. 37-38).

339.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 16*

340.   On or about October 12, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 16* that is an original work of authorship, which

Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 39-40).

341.   On or about November 2, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

342.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit D, pp. 39-40).

343.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 17*

344.   On or about September 30, 2022 Benzova authored the Photograph entitled *Benzova Photograph 17* (See Exhibit D, pp. 41-43) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

345.   On or about October 12, 2022 and October 18, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 17* and, on or about October 12, 2022 and October 18, 2022,

authorized Third Parties- Piramidainvertida.com.ar and La Lista Mexico- to publish articles that featured _Benzova Photograph 17 ._

346.  Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright ( See Exhibit D, pp. 41-43).

347.  As of the date of this filing, upon information and belief, Third Parties- Piramidainvertida.com.ar and La Lista Mexico -are still publicly displaying _Benzova Photograph 17_ at the following URL:https://www.piramideinvertida.com.ar/2022/10/12/guns-n-roses-y-otro-capitulo-dorado-de-su-historia-en-river/

348.  Third Parties- Piramidainvertida.com.ar and La Lista Mexico - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

349.  Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 18*

350.   On or about September 30, 2022 Benzova authored the Photograph entitled *Benzova Photograph 18* (See Exhibit D, pp. 44-48) and timely registered it under Copyright Registration number VA 2-332-042 on November 30, 2022.

351.   On or about October 13th, 18th, and 21st of 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 18* and, on or about October  13th, 18th, and 21st of 2022, authorized Third Parties-Infobae.com, Trending Mexico, and ADN40 Mexico- to publish an article that featured *Benzova Photograph 18* .

352.   Defendants without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. (See Exhibit D, pp. 44-48).

353.   As of the date of this filing, upon information and belief, Third Parties- Infobae.com, Trending Mexico, and ADN40 Mexico -are still publicly displaying Benzova *Photograph 18* at their respective websites, although discovery is required to reveal the full extent of Third Parties' infringement stated above.

354.    Third Parties- Infobae.com, Trending Mexico, and ADN40 Mexico - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

355.   Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to Infobae.com's, Trending Mexico's, and

ADN40 Mexico's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

356.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from the Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

357.   In addition, on or about October 12, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph- *Benzova Photograph18*- and copied a replica of the photograph in question.

358.   Defendants ,without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by publicly displaying- or authorizing the public display- of *Benzova Photograph 18* on the GNR Twitter page and/or Instagram Page and/or Facebook Page with the GNR logo. (See Exhibit D, pp. 44-48).

359.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 19 (Statutory damages not available for Mercury Concerts infringement because First publication was July 28, 2022, but statutory*

*damages are available for Igor Miranda Brazil because act of infringement took place after registration on November 30, 2022)*

360.   On or about July 15, 2022 Benzova authored the Photograph entitled *Benzova Photograph 19* (See Exhibit D, pp. 49-51) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

361.   On or about  September 26, 2022 and December 15, 2022 Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 19* and, on or about September 26, 2022 and December 15, 2022 authorized Third Parties-Mercury Concerts and Igor Miranda Brazil- to publish articles that featured the *Benzova Photograph 19.*

362.   Defendants without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit D, pp. 49-51).

363.   As of the date of this filing, upon information and belief, Third Parties- Mercury Concerts and Igor Miranda Brazil.-are still publicly displaying *Benzova Photograph 19* at the following URL's:

http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/;

https://igormiranda.com.br/2022/12/guns-n-roses-micofone-axl-rose-machuca-fa/

364.    Third Parties- Mercury Concerts and Igor Miranda Brazil - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

365.   Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

366.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 20*

367.   On or about September 30, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 20* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 52-53).

368.   On or about October 12, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question .

369.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by publicly displaying it on its Twitter page

and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit D, pp. 52-53).

370.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 21*

371.   On or about October 8, 2022 Benzova authored the Photograph entitled *Benzova Photograph 21* (See Exhibit D, pp. 54-56) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

372.   On or about October 8th and 10th of 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 21* and, on or about October 8th and 10th, 2022, authorized Third Parties- Mercury Entertainment and La Republica- to publish articles that featured *Benzova Photograph 21* .

373.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit D, pp. 54-56).

374.   As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment and La Republica.-are still publicly displaying

Benzova Photograph 1 at the following URL's: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/;

https://larepublica.pe/espectaculos/musica/2022/10/09/guns-n-roses-fotos-de-su-tercer-concierto-en-lima/

375.   Third Parties- Mercury Entertainment and La Republica - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

376.   Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

377.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 22*

**COMPLAINT FOR DAMAGES**

378.   On or about October 8, 2022 Benzova authored the Photograph entitled _Benzova Photograph 22_ (See Exhibit D, pp. 57-60) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

379.   On or about October 8th and 10th of 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of _Benzova Photograph 22_ and, on or about October 8th and 10th, 2022, authorized Third Parties- Mercury Entertainment and La Republica- to publish articles that featured _Benzova Photograph 22_ .

380.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit D, pp. 57-60).

381.   As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment and La Republica.-are still publicly displaying Benzova Photograph 1 at the following URL's: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/;
https://larepublica.pe/espectaculos/musica/2022/10/09/guns-n-roses-fotos-de-su-tercer-concierto-en-lima/

382.   Third Parties- Mercury Entertainment and La Republica - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

383.   Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

384.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 23*

385.   On or about September 30, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 23* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 61-62).

386.   On or about October  12, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

387.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by publicly displaying it on its Twitter page

and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit D, pp. 61-62).

388.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

### *Benzova Photograph 24*

389.   On or about October 8, 2022 Benzova authored the Photograph entitled *Benzova Photograph 21* (See Exhibit D, pp. 63-65) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

390.   On or about October 8th and 9th of 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 24* and, on or about October 8th and 9th of 2022, authorized Third Parties- Mercury Entertainment and La Republica- to publish articles that featured *Benzova Photograph 24* .

391.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit D, pp. 63-65).

392.   As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment and La Republica.-are still publicly displaying

Benzova Photograph 1 at the following URL's: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/;

https://larepublica.pe/espectaculos/musica/2022/10/09/guns-n-roses-fotos-de-su-tercer-concierto-en-lima/

393.   Third Parties- Mercury Entertainment and La Republica - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

394.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 25*

395.   On or about October 8, 2022 Benzova authored the Photograph entitled *Benzova Photograph 25* (See Exhibit D, pp. 66-67) and timely registered it under Copyright Registration number VA 2-332-042 on November 30, 2022.

396.   On or about October 18, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of _Benzova Photograph 25_ and, on or about October 18, 2022, authorized Third Party- Esquina Peru- to publish an article that featured the _Benzova Photograph 25_.

397.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit D, pp. 66-67).

398.   As of the date of this filing, upon information and belief, Third Party- Esquina Peru-is still publicly displaying Benzova _Photograph 25,_ although discovery is required to reveal the full extent of Third Party's infringement.

399.   Third Party- Esquina Peru-upon information and belief,  has continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

400.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from the Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

401.  In addition, on or about October 17, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph- *Benzova Photograph 25*- and copied a replica of the photograph in question.

402.  Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by publicly displaying- or authorizing the public display- of *Benzova Photograph 25* on the GNR Twitter page and/or Instagram Page and/or Facebook Page with the GNR logo. (See Exhibit D, pp. 66-67).

403.  With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 26*

404.  On or about October 8, 2022 Benzova authored the Photograph entitled *Benzova Photograph 26* (See Exhibit D, pp. 68-70) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

405.  On or about October 8th and 10th of 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 26* and, on or about October 8th and 10th of 2022, authorized Third

Parties- Mercury Entertainment and La Republica- to publish articles that featured *Benzova Photograph 26* .

406.  Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit D, pp. 68-70).

407.  As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment and La Republica.-are still publicly displaying *Benzova Photograph 26* at the following URL's:

http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/;

https://larepublica.pe/espectaculos/musica/2022/10/09/guns-n-roses-fotos-de-su-tercer-concierto-en-lima/

408.  Third Parties- Mercury Entertainment and La Republica - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

409.  Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova. Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 27*

410.   On or about October 8, 2022 Benzova authored the Photograph entitled *Benzova Photograph 27* (See Exhibit D, pp. 71-73) and timely registered it under Copyright Registration number VA 2-332-042 on November 30, 2022.

411.   On or about October 18, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 27* and, on or about October 18, 2022, authorized Third Party- Esquina Peru- to publish an article that featured  *Benzova Photograph 27.*

412.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit D, pp. 71-73).

413.   As of the date of this filing, upon information and belief, Third Party-Esquina Peru-is still publicly displaying Benzova *Photograph 27,* although discovery is required to reveal the full extent of Third Party's infringement.

414.   Third Party- Esquina Peru-upon information and belief,  has continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to Third

Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

415.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from the Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

416.   In addition, on or about October 17, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph- *Benzova Photograph 27*- and copied a replica of the photograph in question.

417.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by publicly displaying- or authorizing the public display- of *Benzova Photograph 27* on the GNR Twitter page and/or Instagram Page and/or Facebook Page with the GNR logo. (See Exhibit D, pp. 71-73).

418.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.


*Benzova Photo 28*

**COMPLAINT FOR DAMAGES**

*(Statutory Damages Not available because registration was beyond three months after first publication)*

419.   On or about July 1, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 28* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 74-76).

420.   On or about August 3, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied the photograph in question.

421.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by infringing upon Plaintiff's derivative work right by adapting it into the "GNR Official Promo" and publicly displaying it on its Twitter page and/or Instagram Page and/or Facebook page with the GNR logo. (See Exhibit D, pp. 74-76).

422.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 29*

423.   On or about October 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 29* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 77-78).

424.   On or about October 17, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

425.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by publicly displaying it on its Twitter page and/or Instagram Page  and/or Facebook page with the GNR logo. (See Exhibit D, pp. 77-78).

426.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 30*

427.   On or about September 1, 2022 Benzova authored the Photograph entitled *Benzova Photograph 30* (See Exhibit D, pp. 79-80) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

428.  On or about September 1, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of _Benzova Photograph 30_ and, on or about September 1, 2022, authorized Third Party- Mercury Entertainment- to publish articles that featured _Benzova Photograph 30_ .

429.  Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright.. ( See Exhibit D, pp. 79-80).

430.  As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment-are still publicly displaying Benzova Photograph 1 at the following URL: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

431.  Third Party- Mercury Entertainment – has  continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

432.  Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

433.  Team Brazil, Gundam, and Guns N' Roses directly benefited financially from Third Party's infringement described above and had the right and

ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 31*

434.   On or about October 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 31* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 81-82).

435.   On or about November 2, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

436.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by publicly displaying it on its Twitter page and/or Instagram Page and/or Facebook Page with the GNR logo. (See Exhibit D, pp. 81-82).

437.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 32*

438.   On or about September 1, 2022 Benzova authored the Photograph entitled *Benzova Photograph 32* (See Exhibit D, pp. 83-84) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

439.   On or about September 1, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 32* and, on or about September 1, 2022, authorized Third Party- Mercury Entertainment- to publish articles that featured *Benzova Photograph 32.*

440.   Defendants,  without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit D, pp. 79-80).

441.   As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment-are still publicly displaying Benzova *Photograph 32* at the following URL's: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

442.   Third Parties- Mercury Entertainment - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to Third Party's

infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

443.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 33*

444.   277. On or about October 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 33* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 85-86).

445.   On or about October 17, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

446.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by publicly displaying it on its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit D, pp. 85-86).

447.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

## *Benzova Photograph 34*

448.   On or about September 1, 2022 Benzova authored the Photograph entitled *Benzova Photograph 34* (See Exhibit D, pp. 87-88) and timely registered it under Copyright Registration number VA 2-332-042 on November 30, 2022.

449.   On or about September 13, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 34* and, on or about September 13, 2022, authorized Third Party- Mercury Entertainment- to publish an article that featured the *Benzova Photograph 34* .

450.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Defendant's copyright ( See Exhibit D, pp. 87-88).

451.   As of the date of this filing, upon information and belief, Third Party- Mercury Entertainment-are still publicly displaying Benzova *Photograph 34* at the following URL: : http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

452.   Third Party- Mercury Entertainment- have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

453.   Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to Rolling Stone Magazine's infringement described above, and thus are contributorily liable for the resulting harm to Benzova. Team Brazil, Gundam, and Guns N' Roses directly benefited financially from the Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

454.   In addition, on or about October 17, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph- *Benzova Photograph 34*- and copied a replica of the photograph in question.

455.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying- or authorizing the public display- of *Benzova Photograph 34* on the GNR Twitter page and/or Instagram Page with the GNR logo and/or the attribution of . (See Exhibit D, pp. 87-88).

**COMPLAINT FOR DAMAGES**

456. With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 35*

457. On or about October 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 35* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 89-90).

458. On or about October 12, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

459. Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit D, pp. 87-88).

460. With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 36*

461.  On or about September 1, 2022 Benzova authored the Photograph entitled *Benzova Photograph 36* (See Exhibit D, pp. 91-92) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

462.  On or about September 1, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 36* and, on or about September 1, 2022, authorized Third Party- Mercury Entertainment- to publish articles that featured *Benzova Photograph 36* .

463.  Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright.( See Exhibit D, pp. 91-92).

464.  As of the date of this filing, upon information and belief, Third Party- Mercury Entertainment-are still publicly displaying Benzova Photograph 1 at the following URL's: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

465.  Third Parties- Mercury Entertainment - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third

Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

466.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 37*

467.   On or about October 8, 2022 Benzova authored the Photograph entitled *Benzova Photograph 37* (See Exhibit D, pp. 93-96) and timely registered it under Copyright Registration number VA 2-332-042 on November 30, 2022.

468.   On or about October 18th and 22nd of 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 37* and, on or about October 18th and 22nd of 2022, authorized Third Parties- Esquina Peru and El Financiero Mexico- to publish articles that featured *Benzova Photograph 37 .*

469.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit D, pp. 93-96).

470.   As of the date of this filing, upon information and belief, Third Parties- Esquina Peru and El Financiero Mexico -are still publicly displaying Benzova *Photograph 37*, although discovery is required to reveal the full extent of Third Parties' infringement.

471.   Third Parties- Esquina Peru and El Financiero - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to Rolling Stone Magazine's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

472.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from the Third Parties' infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

473.   In addition, on or about October 17, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph- *Benzova Photograph 37*- and copied a replica of the photograph in question.

474.   Defendants,  without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying- or

authorizing the public display- of _Benzova Photograph 37_ on the GNR Twitter page and/or Instagram Page with the GNR logo. (See Exhibit D, pp. 93-96).

475.  With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.


_Benzova Photograph 38_


476.  On or about July 10, 2022 Benzova authored the Photograph entitled _Benzova Photograph 38_ (See Exhibit D, pp. 97-101) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

477.  On or about September 19th and 20th of 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of Benzova Photograph 38 and, on or about September 19th and 20th of 2022, authorized Third Parties-NDMais Brazil, Navecreative Brazil, Tribuna Brazil, and Palhocena Brazil- to publish articles that featured _Benzova Photograph 38_ .

478.  Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit D, pp. 97-101).

479.  As of the date of this filing, upon information and belief, Third Parties- NDMais Brazil, Navecreative Brazil, Tribuna Brazil, and Palhocena Brazil

-are still publicly displaying Benzova Photograph 38, although discovery is required to reveal the full extent of Third Parties' Infringement.

480.   Third Parties- NDMais Brazil, Navecreative Brazil, Tribuna Brazil, and Palhocena Brazil - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

481.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 39*

482.   On or about October 2, 2022 Benzova authored the Photograph entitled *Benzova Photograph 39* (See Exhibit D, pp. 102-104) and timely registered it under Copyright Registration number VA 2-332-042 on November 30, 2022.

483.   On or about October 18, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of _Benzova Photograph 39_ and, on or about October 18, 2022, authorized Third Party- Trending Mexico- to publish an article that featured the _Benzova Photograph 39_ .

484.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit D, pp. 102-104).

485.   As of the date of this filing, upon information and belief, Third Party-Trending Mexico-are still publicly displaying Benzova _Photograph 9_, although discovery is required to reveal the full extent of Third Party's infringement.

486.   Third Party- Trending Mexico- has continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

487.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from the Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

488.   In addition, on or about October 14, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph- *Benzova Photograph 39*- and copied a replica of the photograph in question.

489.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying of *Benzova Photograph 39* on the GNR Twitter page and/or Instagram Page with the GNR logo and/or the attribution. (See Exhibit D, pp. 102-104).

490.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 40*

491.   On or about July 10, 2022 Benzova authored the Photograph entitled *Benzova Photograph 40* (See Exhibit D, pp. 105-108) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

492.   On or about September 18th, 19th, and 20th of 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 40* and, on or about September 18th, 19th, and 20th of 2022,

authorized Third Parties- Mercury Entertainment, MDMais Brazil, Palhocense Brazil- to publish articles that featured *Benzova Photograph 40* .

493.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit D, pp. 105-108).

494.   As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment, MDMais Brazil, Palhocense Brazil -are still publicly displaying Benzova *Photograph 40* at the following URL, although discovery is required to reveal the full extent of Third Parties' infringement described above: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/;

495.   Third Parties- Mercury Entertainment, MDMais Brazil, Palhocense Brazil - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

496.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 41*

497.   On or about October 2, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 41* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit F, pp. 109-110).

498.   On or about October 14, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

499.   Defendants,  without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit F, pp. 109-110).

500.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 42*

**COMPLAINT FOR DAMAGES**

501.   On or about October 2, 2022 Benzova authored the Photograph entitled *Benzova Photograph 42* (See Exhibit F., pp. 111-112) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

502.   On or about October 11, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 42* and, on or about October  11, 2022, authorized Third Party- Mercury Entertainment- to publish articles that featured *Benzova Photograph 42* .

503.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit F., pp. 111-112).

504.   As of the date of this filing, upon information and belief, Third Party- Mercury Entertainment-are still publicly displaying Benzova *Photograph 42* at the following URL's: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

505.   Third Party- Mercury Entertainment - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

506.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from Third Party's infringement described above and had the right and

ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 43*

507.   On or about October 2, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 43* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit F, pp. 113-114).

508.   On or about October 14, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

509.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit F, pp. 113-114).

510.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 44*

511.  On or about October 2, 2022 Benzova authored the Photograph entitled *Benzova Photograph 44* (See Exhibit F., pp. 115-122) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

512.  On or about October 3, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 44* and, on or about October 3, 2022, authorized Third Parties- La Diaria Uruguay, Metronomo Uruguay, El Observador Uruguay, Latido Beat Uruguay, and Pantellazo - to publish articles that featured  *Benzova Photograph 44 .*

513.  Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit F, pp. 115-122).

514.  As of the date of this filing, upon information and belief, Third Parties- La Diaria Uruguay, Metronomo Uruguay, El Observador Uruguay, Latido Beat Uruguay, and Pantellazo are still publicly displaying Benzova Photograph 1 at the following URL's, although discovery is required to reveal the full extent of the Third Parties' infringement:

https://ladiaria.comuy/cultura/articulo/2022/10/para-sacarse-la-galera-cronica-de-guns-n-roses-en-montevideo/; https://www.elobservador.com.uy/nota/buena-

gordo-guns-n-roses-volvio-a-uruguay-y-dio-una-paliza-de-rock-de-tres-horas-2022103121842

515.   Third Parties- La Diaria Uruguay, Metronomo Uruguay, El Observador Uruguay, Latido Beat Uruguay, and Pantellazo - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

516.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 45*

517.   On or about October 2, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 45* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit F, pp. 123-124).

518.   On or about October 14, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

519.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit F, pp. 123-124).

520.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 46*

521.   On or about October 2, 2022 Benzova authored the Photograph entitled *Benzova Photograph 46* (See Exhibit F., pp. 125-126) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

522.   On or about October 11, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 46* and, on or about September 1, 2022, authorized Third Party- Mercury Entertainment- to publish *Benzova Photograph 46* .

523.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit F., pp. 125-126).

524.   As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment-are still publicly displaying Benzova *Photograph 46* at the following URL, although discovery is required to reveal the full extent of Third Party's infringement: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

525.   Third Parties- Mercury Entertainment - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

526.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 47*

**COMPLAINT FOR DAMAGES**

527.   On or about October 2, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 47* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit F, pp. 127-128).

528.   On or about October 14, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

529.   Defendants,  without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit F, pp. 127-128).

530.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 48*

531.   On or about October 2, 2022 Benzova authored the Photograph entitled *Benzova Photograph 48* (See Exhibit F., pp. 129-136) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

532.   On or about October 2nd and 3rd of 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of _Benzova Photograph 48_ and, on or about October 12, 2022, authorized Third Parties-Mercury Entertainment La Diaria Uruguay, Metronomo Uruguay, El Observador Uruguay, Latido Beat Uruguay, Pantellazo, and El Pais - to publish articles that feature the _Benzova Photograph 48._

533.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit F, pp. 129-136).

534.   As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment, La Diaria Uruguay, Metronomo Uruguay, El Observador Uruguay, Latido Beat Uruguay, Pantellazo, and El Pais- are still publicly displaying _Benzova Photograph 48_ at the following URL's, although discovery is required to reveal the full extent of the Third Parties' infringement: https://ladiaria.comuy/cultura/articulo/2022/10/para-sacarse-la-galera-cronica-de-guns-n-roses-en-montevideo/; https://www.elobservador.com.uy/nota/buena-gordo-guns-n-roses-volvio-a-uruguay-y-dio-una-paliza-de-rock-de-tres-horas-2022103121842; http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

535.   Third Parties- Mercury Entertainment, La Diaria Uruguay, Metronomo Uruguay, El Observador Uruguay, Latido Beat Uruguay, Pantellazo, and El Pais - have continued to distribute, publicly display, and commercially

exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

536.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

## *Benzova Photograph 49*

537.   On or about October 2, 2022 Benzova authored the Photograph entitled *Benzova Photograph 49* (See Exhibit F., pp. 137-138) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

538.   On or about October 11, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 49* and, on or about October 11, 2022, authorized Third Party- Mercury Entertainment- to publish *Benzova Photograph 49* .

539.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit F., pp. 137-138).

540.   As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment-are still publicly displaying Benzova *Photograph 49* at the following URL: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

541.   Third Party- Mercury Entertainment - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

542.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 50*

543.   On or about October 5, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 50* that is an original work of authorship, which

Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit F, pp. 139-140).

544.  On or about October 25, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

545.  Defendants,  without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit F, pp. 139-140).

546.  With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

### *Benzova Photograph 51*

547.  On or about September 4, 2022 Benzova authored the Photograph entitled *Benzova Photograph 51*(See Exhibit F, pp. 141-144) and timely registered it under registration number VA 2-332-042 on November 30, 2022. On or about September 9, 2022 and sometime in December 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of Benzova

*Photograph 51* and, on or about September 9, 2022 and in December 2022, authorized Third Parties- Folha De S. Paulo Brazil and Classic Rock Magazine UK (print/online)- to publish articles that featured the Benzova *Photograph 51* .

548.  Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit F, pp. 141-144).

549.  As of the date of this filing, upon information and belief, Third Parties- Folha De S. Paulo Brazil and Classic Rock Magazine UK (print/online)- are still publicly displaying *Benzova Photograph* 51 online and, in the case of Classic Rock Magazine, in print, although discovery is required to reveal the full extent of Third Parties' infringement.

550.  Third Parties- Folha De S. Paulo Brazil and Classic Rock Magazine UK (print/online) - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

551.  Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

552.  Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the

right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 52*

553.   On or about October 5, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 52* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit F, pp. 145-146).

554.   On or about October 26, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

555.   Defendants,  without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit F, pp. 145-146).

556.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 53*

557.   On or about September 4 , 2022 Benzova authored the Photograph entitled *Benzova Photograph 53* (See Exhibit F, pp. 147-149) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

558.   On or about September 8th and October 1st of 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 53* and, on or about September 8th and October 1st of 2022, authorized Third Parties- Mercury Entertainment and Perfil.com- to publish articles that featured *Benzova Photograph 53* .

559.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. (See Exhibit F., pp. 147-149).

560.   As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment and Perfil.com -are still publicly displaying Benzova Photograph 1 at the following URL, although discovery is required to reveal the full extent of Third Parties' infringement:

http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/;

561.   Third Parties- Mercury Entertainment and Perfil.com - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

562.   Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

563.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 54*

564.   On or about October 5, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 54* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit F, pp. 150-151).

565.   On or about October 25, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

566.   Defendants,  without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on

its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit F, pp. 150-151).

567.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 55*

568.   On or about September 4, 2022 Benzova authored the Photograph entitled *Benzova Photograph 55* (See Exhibit F., pp. 152-155) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

569.   On or about September 9th and 11th of 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 55* and, on or about September 9th and 11th of 2022, authorized Third Parties- Folha De S. Paulo Brazil, Jornal de Brasilia, and Igor Miranda Brazil - to publish articles that feature the *Benzova Photograph 55*.

570.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit F, pp. 152-155).

571.   As of the date of this filing, upon information and belief, Third Parties- Folha De S. Paulo Brazil, Jornal de Brasilia, and Igor Miranda Brazil-are

still publicly displaying *Benzova Photograph 55*, although discovery is required to reveal the full extent of the Third Parties' infringement.

572.   Third Parties- Folha De S. Paulo Brazil, Jornal de Brasilia, Igor Miranda Brazil - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

573.   Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

574.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 56*

575.   On or about October 5, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph56* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit F, pp. 156-157).

576.   On or about October 25, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

577.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit F, pp. 156-157).

578.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 57*

579.   On or about September 4, 2022 Benzova authored the Photograph entitled *Benzova Photograph 57* (See Exhibit F., pp. 158-159) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

580.   On or about September 8, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 57* and, on or about September 8, 2022, authorized Third Party- Mercury Entertainment- to publish *Benzova Photograph 57* .

581.  Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit F., pp. 158-159).

582.  As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment-are still publicly displaying Benzova *Photograph 57* at the following URL, although discovery is required to reveal the full extent of Third Party infringement: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

583.  Third Party- Mercury Entertainment - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

584.  Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

585.  Team Brazil, Gundam, and Guns N' Roses directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 58*

586.   On or about October 5, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 58* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit F, pp. 160-161).

587.   On or about October 25, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

588.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit F, pp. 160-161).

589.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 59*

**COMPLAINT FOR DAMAGES**

590.   On or about September 4, 2022 Benzova authored the Photograph entitled *Benzova Photograph 59* (See Exhibit F., pp. 162-166) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

591.   On or about September 19th and 20th of 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 59* and, on or about September 19th and 20th of 2022, authorized Third Parties- Polhocense Brazil, NDMais Brazil, Tribuna PR Brazil, and NavaCreative Brazil - to publish articles that featured *Benzova Photograph 59* .

592.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit F, pp. 162-166).

593.   As of the date of this filing, upon information and belief, Third Parties- Polhocense Brazil, NDMais Brazil, Tribuna PR Brazil, and NavaCreative Brazil-are still publicly displaying *Benzova Photograph 59*, although discovery is required to reveal the full extent of the Third Parties' infringement:

594.    Third Parties- Polhocense Brazil, NDMais Brazil, Tribuna PR Brazil, and NavaCreative Brazil - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

595.   Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement

described above, and thus are contributorily liable for the resulting harm to Benzova.

596.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 60*

597.   On or about September 4, 2022 Benzova authored the Photograph entitled *Benzova Photograph 60* (See Exhibit F, pp. 167-169) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

598.   On or about September 29th and 30th of 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 60* and, on or about September 29th and 30th , authorized Third Parties-Montevideo Portal Uruguay and Latido Beat Uruguay-to publish Benzova *Photograph 60.*

599.   Defendants,  without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright.. ( See Exhibit F, pp. 167-169 ).

600.   As of the date of this filing, upon information and belief, Third Parties- are still publicly displaying *Benzova Photograph 60* at the following URL's, although discovery is required to reveal the full extent of Third Parties' infringement: http://www.montevideo.com.uy/Noticias/-Que-pidio-Guns-N-Roses-para-dar-su-show-en-el-Estadio-Centenario-uc834089;

http://www.latidobeat.uy/Beat/Un-ciclon-de-rock-viene-con-rumbo-sur-la-tormenta-Guns-N-Roses-vuelve-al-Centenario-uc834089

601.   Third Parties- Montevideo Portal Uruguay and Latido Beat Uruguay - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

602.   Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

603.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 61*

**COMPLAINT FOR DAMAGES**

604.   On or about September 4, 2022 Benzova authored the Photograph entitled *Benzova Photograph 61* (See Exhibit F., pp. 170-171) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

605.   On or about September 8, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 61* and, on or about September 8, 2022, authorized Third Party- Mercury Entertainment- to publish *Benzova Photograph 61* .

606.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit F., pp. 170-171).

607.   As of the date of this filing, upon information and belief, Third Party-Mercury Entertainment-are still publicly displaying Benzova *Photograph 61* at the following URL, although discovery is required to reveal the full extent of Third Party infringement: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

608.   Third Parties- Mercury Entertainment - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

609.   Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement

described above, and thus are contributorily liable for the resulting harm to Benzova.

610.  Team Brazil, Gundam, and Guns N' Roses directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

### *Benzova Photograph 62(7 Third Parties)*

611.  On or about September 4, 2022 Benzova authored the Photograph entitled *Benzova Photograph 62* (See Exhibit F., pp. 172-182) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

612.  On or about-September 4th, 9th, 25th, and 26th of 2022; October 3, 2022; and December 1 2022-Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 62* and, on or about said dates above authorized Third Parties- Mercury Entertainment, Groupo Independente Brazil, Gauchazh Brazil, Igor Miranda Brazil, La Diaria Uruguay, Gazetaweb.com, and Igor Miranda Brazil (again in December) - to publish articles that featured *Benzova Photograph 62 .*

613.  Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit F, pp. 172-182).

614.  As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment, Groupo Independente Brazil, Gauchazh Brazil, Igor Miranda Brazil, La Diaria Uruguay, Gazetaweb.com-are still publicly displaying *Benzova Photograph 62* at the following URL's, although discovery is required to reveal the full extent of the Third Parties' infringement:

http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/;

https://ladiaria.comuy/cultura/articulo/2022/10/para-sacarse-la-galera-cronica-de-guns-n-roses-en-montevideo/; https://igormiranda.com.br/2022/12/guns-n-roses-microfone-axl-rose-machuca-fa/

615.  Third Parties- Mercury Entertainment, Groupo Independente Brazil, Gauchazh Brazil, Igor Miranda Brazil, La Diaria Uruguay, Gazetaweb.com - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

616.  Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

617.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 63*

618.   On or about September 4, 2022 Benzova authored the Photograph entitled *Benzova Photograph 63* (See Exhibit F., pp. 183-184) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

619.   On or about September 8, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 63* and, on or about September 8, 2022, authorized Third Party- Mercury Entertainment- to publish articles that featured *Benzova Photograph 63* .

620.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit F., pp. 183-184).

621.   As of the date of this filing, upon information and belief, Third Party- Mercury Entertainment-are still publicly displaying Benzova *Photograph 63* at the following URL, although discovery is required to reveal full extent of Third Party infringement: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

622.   Third Parties- Mercury Entertainment - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

623.   Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

624.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 64*

625.   On or about September 4, 2022 Benzova authored the Photograph entitled *Benzova Photograph 64* (See Exhibit F., pp. 185-189) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

626.   On or about-September 8th and 27th of 2022 and October 7th and 20th of 2022-Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 64* and, on or about said dates above

authorized Third Parties- Mercury Entertainment, Jornal De Comercio Brazil, and Igor Miranda Brazil - to publish _Benzova Photograph 64 ._

627.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit F, pp. 185-189).

628.   As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment, Jornal De Comercio Brazil, and Igor Miranda Brazil -are still publicly displaying _Benzova Photograph 42_ at the following URL's, although discovery is required to reveal the full extent of the Third Parties' infringement: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/; https://igormiranda.com.br/2022/12/guns-n-roses-microfone-axl-rose-machuca-fa/

629.   Third Parties- Mercury Entertainment, Jornal De Comercio Brazil, and Igor Miranda Brazil - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

630.   Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

631.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the

right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 65*

632.   On or about September 4, 2022 Benzova authored the Photograph entitled *Benzova Photograph 65* (See Exhibit F., pp. 190-193) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

633.   On or about-September 8th and 30th of 2022, and October 1, 2022-Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 65* and, on or about said dates above authorized Third Parties- Mercury Entertainment, Latigo Beat Brazil, and Revista Diners Brazil- to publish *Benzova Photograph 65 .*

634.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit F, pp. 190-193).

635.   As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment, Latigo Beat Brazil, and Revista Diners Brazil -are still publicly displaying *Benzova Photograph 62* at the following URL's, although discovery is required to reveal the full extent of the Third Parties' infringement:

http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

636.   Third Parties- Mercury Entertainment, Latigo Beat Brazil, and Revista Diners Brazil - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

637.   Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

638.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.


*Benzova Photograph 66*


639.   On or about September 4, 2022 Benzova authored the Photograph entitled *Benzova Photograph 66* (See Exhibit F., pp. 194-199) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

640.   On or about-September 5th, 8th, 24th, and 25th of 2022--Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 66* and, on or about said dates above authorized Third

**COMPLAINT FOR DAMAGES**

Parties- Mercury Entertainment, No Palco Brazil, Turbinado Brazil and Igor Miranda Brazil - to publish articles that featured _Benzova Photograph 66 ._

641.  Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit F, pp. 194-199).

642.  As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment, No Palco Brazil, Turbinado Brazil and Igor Miranda Brazil -are still publicly displaying _Benzova Photograph 66_ at the following URL's, although discovery is required to reveal the full extent of the Third Parties' infringement: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/;

643.  Third Parties- Mercury Entertainment, No Palco Brazil, Turbinado Brazil and Igor Miranda Brazil - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

644.  Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

645.  Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the

right and ability to supervise and control such infringement, and thus are

vicariously liable for the resulting harm to Benzova.


*Benzova Photograph 67*


646.   On or about September 8, 2022 Benzova authored the Photograph

entitled *Benzova Photograph 67* (See Exhibit F., pp. 200-204) and timely

registered it under registration number VA 2-332-042 on November 30, 2022.

647.   On or about-September 8th and 9th of 2022-Team Brazil, Gundam, and

Gun N' Roses accessed their private drop box, obtained a copy of *Benzova

Photograph 67* and, on or about said dates above authorized Third Parties-

Metronomo Brazil, DF Entertainment, and Folho De S. Paulo Brazil- to publish

articles that featured *Benzova Photograph 67 .*

648.   Defendants, without Benzova's permission, consent, or authorization,

thereby infringed upon Plaintiff's copyright. ( See Exhibit F, pp. 200-204).

649.   As of the date of this filing, upon information and belief, Third

Parties- Metronomo Brazil, DF Entertainment, and Folho De S. Paulo Brazil-are

still publicly displaying *Benzova Photograph 67*, although discovery is required to

reveal the full extent of the Third Parties' infringement.

**COMPLAINT FOR DAMAGES**

650.  Third Parties- Metronomo Brazil, DF Entertainment, and Folho De S. Paulo Brazil - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

651.  Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

652.  Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

653.  In addition, on or about September, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph- *Benzova Photograph 67*- and copied the photograph in question.

654.  Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and creating a derivative work of Plaintiff's work by using it on the back of a tangible GNR's CD Cover for sale entitled Rock in Rio 2022. (See Exhibit F, pp. 200-204).

*Benzova Photograph 68*

655.   On or about September 8, 2022 Benzova authored the Photograph entitled *Benzova Photograph 68* (See Exhibit F., pp. 205-209) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

656.   On or about-September 12, 2022; October 25, 2022; November 20, 2022; and January 16, 2023-Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 68* and, on or about said dates above authorized Third Parties- Mercury Entertainment and Igor Miranda Brazil (on three separate occasions) - to publish  *Benzova Photograph 68* .

657.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit F, pp. 205-209).

658.   As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment and Igor Miranda Brazil-are still publicly displaying *Benzova Photograph 68* at the following URL's, although discovery is required to reveal the full extent of the Third Parties' infringement:

http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/;

https://igormiranda.com.br/2022/12/guns-n-roses-microfone-axl-rose-machuca-fa/

659.   Third Parties- Mercury Entertainment and Igor Miranda Brazil - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

660.   Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

661.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

### *Benzova Photograph 69 (8 Third Parties)*

662.   On or about September 8, 2022 Benzova authored the Photograph entitled *Benzova Photograph 69* (See Exhibit F., pp. 210-219) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

663.   On or about-September  12th, 19th, 20th, and 28th of 2022; October 1, 2022; and November 14, 2022-Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 69* and, on or about said dates above authorized Third Parties- Mercury Entertainment, Igor Miranda Brazil, El Pais Uruguay, Palhocense Brazil, ND Mais Brazil, Tribuna PR Brazil,

NaveCreativa Brazil, and Perfil - to publish articles that featured _Benzova Photograph 69_ .

664.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit F, pp. 210-219).

665.   As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment, Igor Miranda Brazil, El Pais Uruguay, Palhocense Brazil, ND Mais Brazil, Tribuna PR Brazil, NaveCreativa Brazil, and Perfil -are still publicly displaying _Benzova Photograph 69_ at the following URL's, although discovery is required to reveal the full extent of the Third Parties' infringement: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/; https://igormiranda.com.br/2022/12/guns-n-roses-microfone-axl-rose-machuca-fa/ ; https://www.elpais.com.uy/tvshow/musica/guns-roses-uruguay-banda-volvio-estadio-entrego-cautivo-multitude.html

666.   Third Parties- Mercury Entertainment, Igor Miranda Brazil, El Pais Uruguay, Palhocense Brazil, ND Mais Brazil, Tribuna PR Brazil, NaveCreativa Brazil, and Perfil - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

667.  Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement

described above, and thus are contributorily liable for the resulting harm to Benzova.

668.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 70*

669.   On or about September 8, 2022 Benzova authored the Photograph entitled *Benzova Photograph 70* (See Exhibit G., pp. 220-221) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

670.   On or about September 12, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 70* and, on or about September 12, 2022, authorized Third Party- Mercury Entertainment- to publish *Benzova Photograph 70* .

671.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit G., pp. 220-221).

672.   As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment-are still publicly displaying Benzova *Photograph*

*1* at the following URL's: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

673.   Third Party- Mercury Entertainment - has continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

674.   Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

675.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.


*Benzova Photograph 71*


676.   On or about September 8, 2022 Benzova authored the Photograph entitled *Benzova Photograph 71* (See Exhibit G., pp. 222-226) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

677.  On or about September 9, 2022 and December 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of _Benzova Photograph 71_ and, on or about said dates above, authorized Third Parties-Folho De S. Paulo Brazil and Classic Rock Magazine UK - to publish articles that featured the _Benzova Photograph 71_ .

678.  Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit G, pp. 222-226).

679.  As of the date of this filing, upon information and belief, Third Parties- Folho De S. Paulo Brazil and Classic Rock Magazine U- are still publicly displaying _Benzova Photograph 71_, although discovery is required to reveal the full extent of the Third Parties' infringement:

680.   Third Parties- Folho De S. Paulo Brazil and Classic Rock Magazine UK - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

681.  Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

682.  Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the

right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

683.   In addition, on or about September 2022, Defendants accessed their Drop Box, obtained a copy of said photograph- *Benzova Photograph 71*- and copied the photograph in question.

684.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and creating a derivative work of Plaintiff's work by using it on the back of a tangible GNR's DVD Cover for sale entitled Rock in Rio 2022. (See Exhibit G., pp. 222-226).

*Benzova Photograph 72*

685.   On or about October 5, 2022 Benzova authored the Photograph entitled *Benzova Photograph 72* (See Exhibit G, pp. 227-230) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

686.   On or about October 5th and 6th of 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 72* and, on or about October 5th and 6th of 2022, authorized Third Parties- Mercury Entertainment and 33 Futuro- to publish *Benzova Photograph 72* .

687.  Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit G., pp. 227-230).

688.  As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment and 33 Futuro.-are still publicly displaying Benzova Photograph 1 at the following URL, although discovery is required to reveal the full extent of Third Party infringement:

http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/;

https://www.futuro.cl/2022/10/guns-n-roses-deleito-a-un-estadio-nacional-a-tope-en-chile/

689.  Third Parties- Mercury Entertainment and 33 Futuro - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

690.  Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

691.  Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 73*

692.   On or about October 5, 2022 Benzova authored the Photograph entitled *Benzova Photograph 73* (See Exhibit G., pp. 231-232) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

693.   On or about October 5, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 73* and, on or about October 5, 2022, authorized Third Party- Mercury Entertainment-to publish *Benzova Photograph 73*.

694.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit G., pp. 231-232).

695.   As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment-are still publicly displaying Benzova *Photograph 73* at the following URL: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

696.   Third Party- Mercury Entertainment - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third

Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

697.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 74*

698.   On or about October 5, 2022 Benzova authored the Photograph entitled *Benzova Photograph 74* (See Exhibit G., pp. 233-234) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

699.   On or about October 5, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 74* and, on or about October 5, 2022, authorized Third Party- Mercury Entertainment- to publish *Benzova Photograph 73*.

700.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit G., pp. 233-234).

701.   As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment-are still publicly displaying Benzova *Photograph*

*73* at the following URL: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

702.   Third Party- Mercury Entertainment - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

703.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 75*

704.   On or about October 5, 2022 Benzova authored the Photograph entitled *Benzova Photograph 75* (See Exhibit G, pp. 235-238) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

705.   On or about October 5th and 6th of 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova*

*Photograph 75* and, on or about October 5th and 11th of 2022, authorized Third Parties- Mercury Entertainment, Cuartel Del Metal, Emol.com - to publish articles that featured *Benzova Photograph 75*.

706.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit G., pp. 236-238).

707.   As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment, Cuartel Del Metal, and Emol.com -are still publicly displaying *Benzova Photograph 75* at the following URL, although discovery is required to reveal the full extent of :

http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/;

708.   Third Parties- Mercury Entertainment, Cuartel Del Metal, and Emol.com - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

709.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 76*

710.  On or about October 5, 2022 Benzova authored the Photograph entitled *Benzova Photograph 76* (See Exhibit G, pp. 239-241) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

711.  On or about October 5th and 6th of 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 76* and, on or about October 5th and 6th of 2022, authorized Third Parties- Mercury Entertainment and 33 Futuro- to publish *Benzova Photograph 76*.

712.  Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit G., pp. 239-241).

713.  As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment and 33 Futuro.-are still publicly displaying Benzova Photograph 1 at the following URL, although discovery is required to reveal the full extent of Third Party infringement:

http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/;

https://www.futuro.cl/2022/10/guns-n-roses-deleito-a-un-estadio-nacional-a-tope-en-chile/

714.   Third Parties- Mercury Entertainment and 33 Futuro - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

715.   Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

716.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

### *Benzova Photograph 77 (No Statutory Damages)*

717.   On or about June 18, 2022 Benzova authored the Photograph entitled *Benzova Photograph 72* (See Exhibit G, pp. 242-245) and timely registered it under registration number VA 2-332-042 on January 9, 2023.

718.   On or about December 4, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 72* and, on or about December 4, 2022, authorized Third Parties- Sunday Star Times

(print) and Stuff New Zealand- to publish articles that featured *Benzova Photograph 77*.

719.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit G., pp. 242-245).

720.   As of the date of this filing, upon information and belief, Third Parties- Sunday Star Times (print) and Stuff New Zealand -are still publicly displaying *Benzova Photograph 72* at the following URL, although discovery is required to reveal the full extent of Third Party infringement:

https://www.stuff.co/nz/entertainment/music/300751677/guns-n-roses-on-that-time-axl-rose-wore-an-all-black-jersey--and-whethe-theyll-do-it-again

721.   Third Parties- Sunday Star Times (print) and Stuff New Zealand - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

722.   Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

723.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the

right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 78*

724.   On or about July 15, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 78* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023. (See Exhibit G, pp. 246-247).

725.   On or about December 14, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

726.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit G, pp. 246-247).

727.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 79*

728.   On or about June 25, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 79* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023. (See Exhibit G, pp. 248-249).

729.   On or about December 14, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

730.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit G, pp. 248-249).

731.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

**COMPLAINT FOR DAMAGES**

*Benzova Photograph 80*

732.   On or about June 23, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 80* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023. (See Exhibit G, pp. 250-251).

733.   On or about December 14, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

734.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit G, pp. 250-251).

735.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 81*

736.   On or about July 15, 2022 Ms. Benzova created a photograph entitled _Benzova Photograph 81_ that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023. (See Exhibit G, pp. 252-253).

737.   On or about December 14, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

738.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit G, pp. 252-253).

739.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

_Benzova Photograph 82_

740.   On or about July 15, 2022 Ms. Benzova created a photograph entitled _Benzova Photograph 82_ that is an original work of authorship, which Plaintiff

timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023. (See Exhibit G, pp. 252-257).

741.   On or about December 14, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

742.   Defendants,  without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit G, pp. 252-257).

743.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 83*

744.   On or about September 30, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 83* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit G, pp. 256-257).

745.   On or about December 14, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

746.   Defendants,  without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit G, pp. 256-257).

747.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.


*Benzova Photograph 84*


748.   On or about September 30, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 84* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit G, pp. 258-259).

749.   On or about December 14, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

750.   Defendants,  without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit G, pp. 258-259).

751.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §§1202.

*Benzova Photograph 85*

752.   On or about June 23, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 85* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023. (See Exhibit G, pp. 260-261).

753.   On or about December 14, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

754.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on

its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit G, pp. 260-261).

755.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 86 ( Statutory Damages Available because Registration and Infringement occurred on same day)*

756.   On or about August 31, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 86* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit G, pp. 262-263).

757.   On or about January 9, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

758.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit G, pp. 262-263).

759.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 87 ( No Statutory Damages Available)*

760.   On or about June 28, 2022 Benzova authored the Photograph entitled *Benzova Photograph 87* (See Exhibit G, pp. 264-266) and timely registered it under registration number VA 2-332-042 on January 9, 2023.

761.   On or about October 3rd and 11th of 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 87* and, on or about October 3rd and 11th of 2022, authorized Third Parties- La Hora Chile and Alo- to publish *Benzova Photograph 87* .

762.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit G., pp. 264-266).

763.   As of the date of this filing, upon information and belief, Third Parties- La Hora Chile and Alo -are still publicly displaying *Benzova Photograph 87*, although discovery is required to reveal the full extent of Third Parties' infringement.

764.    Third Parties- La Hora Chile and Alo - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

765.   Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

766.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

### *Benzova Photograph 88 ( No Statutory Damages Available)*

767.   On or about June 19, 2022 Benzova authored the Photograph entitled *Benzova Photograph 88* (See Exhibit G, pp. 267-268) and timely registered it under registration number VA 2-332-042 on January 9, 2023.

768.   On or about November 12, 2022 Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 88*

and, on June 19,2022, authorized Third Party- Ultimate Classic Rock Magazine- to publish *Benzova Photograph 88.*

769.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. (See Exhibit G., pp. 267-268).

770.   As of the date of this filing, upon information and belief, Third Party- Ultimate Classic Rock Magazine-is still publicly displaying Benzova *Photograph 88* at the following URL, although discovery is required to reveal the full extent of Third Party infringement: https://ultimateclassicrock.com/slash-alex-lifeson-paul-mccartney-ukraine-benefit-auction/

771.   Third Party- Ultimate Classic Rock Magazine - has continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

772.   Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

773.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 89 (No Statutory Damages)*

774.   On or about June 19, 2022 Benzova authored the Photograph entitled *Benzova Photograph 89* (See Exhibit G, pp. 269-270) and timely registered it under registration number VA 2-332-042 on January 9, 2023.

775.   On or about October 11, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 89* and, on or about October 11, 2022 authorized Third Party- Motor.com - to publish *Benzova Photograph 89 .*

776.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit G., pp. 269-270).

777.   As of the date of this filing, upon information and belief, Third Party- Ultimate Classic Rock Magazine-is still publicly displaying Benzova *Photograph 88*, although discovery is required to reveal the full extent of Third Party infringement.

778.   Third Party- Motor.com - has continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

779.   Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

780.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 90 (Statutory Damage Available Because First Publication October 13, 2022)*

781.   On or about October 12, 2022 Benzova authored the Photograph entitled *Benzova Photograph 90* (See Exhibit G, pp. 271-273) and timely registered it under registration number VA 2-332-042 on January 9, 2023.

782.   On or about October 15, 2022 and January 7, 2023, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 90* and, on or about October 15, 2022 and January 7, 2023 authorized Third Parties- Diario Critario and Misrevistas- to publish *Benzova Photograph 90*.

783.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit G., pp. 271-273).

784.   As of the date of this filing, upon information and belief, Third Parties- Diario Critario and Misrevistas -are still publicly displaying *Benzova Photograph 90*, although discovery is required to reveal the full extent of Third Party infringement.

785.   Third Parties- Diario Critario and Misrevistas - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

786.   Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

787.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 91*

**COMPLAINT FOR DAMAGES**

788.   On or about October 12, 2022 Benzova authored the Photograph entitled *Benzova Photograph 91* (See Exhibit G, pp. 274-275) and timely registered it under registration number VA 2-332-042 on January 9, 2023.

789.   On or about January 7, 2023, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 91* and, on January 7, 2023 authorized Third Party- Misrevistas- to publish *Benzova Photograph 91.*

790.   Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. (See Exhibit G., pp. 274-275).

791.   As of the date of this filing, upon information and belief, Third Party-Misrevistas-is still publicly displaying Benzova *Photograph 91*, although discovery is required to reveal the full extent of Third Party infringement.

792.   Third Party- Misrevistas - has continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

793.   Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

794.   Team Brazil, Gundam, and Guns N' Roses directly benefited financially from Third Party's infringement described above and had the right and

ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 92*

795.   On or about September 30, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 92* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 276-277).

796.   On or about October, 2022- although discovery is required to ascertain the exact date-Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

797.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 276-277).

798.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

799.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question.

800.   Defendants did so with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 93*

801.   On or about September 30, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 93* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 278-279).

802.   On or about October 2022- although discovery is required to ascertain the exact date-Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

803.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 278-279).

804.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

805.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question.

806.   Defendants did so with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

### Benzova Photograph 94

807.   On or about September 30, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 94* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 280-281).

808.   On or about October, 2022- although discovery is required to ascertain the exact date-Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

809.  Defendants,  without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 278-279).

810.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

811.  In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question.

812.  Defendants did so with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

### *Benzova Photograph 95*

813.  On or about September 30, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 95* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 282-283).

814.   On or about October 2022- although discovery is required to ascertain the exact date-Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

815.   Defendants,  without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 282-283).

816.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

817.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question.

818.   Defendants did so with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 96*

819.   On or about September 30, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 96* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA

2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 284-285).

820.  On or about October, 2022- although discovery is required to ascertain the exact date-Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

821.  Defendants,  without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 284-285).

822.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

823.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question.

824.  Defendants did so with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 97*

825.   On or about September 30, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 97* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 286-287).

826.   On or about October, 2022- although discovery is required to ascertain the exact date-Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

827.   Defendants,  without permission or consent of Plaintiff, thereby infringedupon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 286-287).

828.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

829.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question.

830.   Defendants did so with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 98*

831.   On or about October 2, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 98* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 288-289).

832.   On or about October 11, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

833.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 288-289).

834.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

835.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question.

836.   Defendants did so with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

### *Benzova Photograph 99*

837.   On or about October 2, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 99* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 290-291).

838.   On or about October 11, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

839.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 290-291).

840.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

841.  In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question.

842.  with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 100*

843.  On or about October 2, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 100* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 292-293).

844.  On or about October 11, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

845.  Defendants,  without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 292-293).

846.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

847.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question.

848.   Defendants did so with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

### *Benzova Photograph 101*

849.   On or about October 5, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 101* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 294-295). On or about October 11, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

850.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 294-295).

851.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

852.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

### *Benzova Photograph 102*

853.   On or about October 5, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 102* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023. (See Exhibit G, pp. 296-298).

854.   On or about January 9, 2023, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

855.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit G, pp. 296-298).

856.   With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

857.   In addition, On or about October 11, 2022- although discovery in required to ascertain the exact date-Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

858.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 296-298).

859.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

860.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 103*

861.   On or about October 5, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 103* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 299-300).

862.   On or about October 14, 2022, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

863.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 299-300).

864.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

865.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the

intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 104*

866.   On or about October 5, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 104* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 301-302).

867.   On or about October 14, 2022- although discovery is required to ascertain the exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

868.   Defendants,  without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 301-302).

869.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

870.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 105*

871.   On or about October 5, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 105* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 303-304).

872.   On or about October 14, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

873.   Defendants,  without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 303-304).

874.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

875.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

### *Benzova Photograph 106*

876.   On or about August 31, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 106* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 305-306).

877.   On or about September 4, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

878.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 305-306).

879.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

880.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 107*

881.   On or about August 31, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 107* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 307-308).

882.   On or about September 4, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

883.   Defendants,  without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp.307-308).

884.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

885.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.


*Benzova Photograph 108*


886.   On or about August 31, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 108* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA

2-335-574 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 309-308).

887.   On or about September 4, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

888.   Defendants,  without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 309-308).

889.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

890.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 109*

891.  On or about August 31, 2022 Ms. Benzova created a photograph entitled _Benzova Photograph 109_ that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 311-312).

892.   On or about September 4, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question .

893.  Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 311-312- 295).

894.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

895.  In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 110*

896.  On or about August 31, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 110* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 313-314).

897.   On or about September 4, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

898.  Defendants,  without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 313-314).

899.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

900.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 111*

901.   On or about August 31, 2022 Ms. Benzova created a photograph

entitled *Benzova Photograph 111* that is an original work of authorship, which

Plaintiff timely secured registration for under U.S. Copyright Registration No.VA

2-335-574 on January 9, 2023, one week after Plaintiff discovered the

infringement. (See Exhibit G, pp. 315-316).

902.   On or about September 4, 2022- although discovery is required to

ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said

photograph, and copied a replica of the photograph in question.

903.   Defendants,  without permission or consent of Plaintiff, thereby

infringed upon Plaintiff's copyright by reproducing and publicly displaying it on

the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 315-316).

904.   This Photograph is used as a draw for the Nightrain website, which

can only be accessed by members who pay a substantial fee of fifty dollars ($50) or

eighty-nine dollars ($89) for a premium membership.

905.    In addition, with knowledge that the CMI was false, the Defendants

added the Guns N' Roses Logo cattycorner to the photograph in question with the

intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 112*

906.   On or about September 4, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 112* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 315-316).

907.   On or about September 9, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

908.   Defendants,  without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 315-316).

909.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

910.  In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

### *Benzova Photograph 113*

911.  On or about September 4, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 113* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 319-320).

912.  On or about September 9, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

913.  Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 319-320).

914.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

915.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 114*

916.   On or about September 4, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 114* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 321-322).

917.   On or about September 9, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

918.   Defendants,  without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 321-322).

919.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

920.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 115*

921.   On or about September 4, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 115* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 323-324).

922.   On or about September 9, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

923.   Defendants,  without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 323-324).

924.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

925.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 116*

926.   On or about September 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 116* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA

2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 325-326).

927.  On or about September 12, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

928.  Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 325-326).

929.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

930.  In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 117*

931.  On or about September 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 117* that is an original work of authorship, which

Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 325-326).

932.   On or about September 12, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

933.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 325-326).

934.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

935.    In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.


*Benzova Photograph 118*

**COMPLAINT FOR DAMAGES**

936.   On or about September 8, 2022 Ms. Benzova created a photograph entitled _Benzova Photograph 118_ that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 329-330).

937.   On or about September 12, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

938.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 329-330).

939.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

940.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

_Benzova Photograph 119_

941.   On or about September 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 119* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 331-332).

942.   On or about September 12, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

943.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 331-332).

944.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

945.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 120*

946.   On or about September 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 120* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 333-334).

947.   On or about September 12, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

948.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 333-334).

949.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

950.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 121*

951.  On or about September 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 121* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 335-336).

952.  On or about September 12, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

953.  Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 335-336).

954.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

955.  In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the

intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

### *Benzova Photograph 122*

956.   On or about October 7, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 122* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 337-338).

957.   On or about October 12, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

958.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 337-338).

959.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

960.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the

intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 123*

961.   On or about October 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 123* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 339-340).

962.   On or about October 12, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

963.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 339-340).

964.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

965.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §§1202.

*Benzova Photograph 124*

966.   On or about October 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 123* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 341-342).

967.   On or about October 12, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

968.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 341-342).

969.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

970.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 125*

971.   On or about October 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 125* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 343-344).

972.   On or about October 12, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

973.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 343-344).

974.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

975.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 126*

976.   On or about October 11, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 126* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 345-346).

**COMPLAINT FOR DAMAGES**

977.   On or about October 13, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

978.   Defendants, without permission or consent of Plaintiff, thereby infringing upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 345-346).

979.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

980.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

### *Benzova Photograph 127*

981.   On or about October 11, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 127* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA

2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 347-348).

982.   On or about October 13, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

983.   Defendants, without permission or consent of Plaintiff, thereby infringing upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 347-348).

984.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

985.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 128*

986.   On or about October 11, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 128* that is an original work of authorship, which

Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 349-350).

987.   On or about October 13, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

988.   Defendants, without permission or consent of Plaintiff, thereby infringing upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 349-350).

989.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

990.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 129*

991.   On or about October 11, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 129* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 350-351).

992.   On or about October 13, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

993.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 350-351).

994.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

995.   In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 130*

996.   On or about October 12, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 130* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 354-355).

997.   On or about October 12, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

998.   Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 354-355).

999.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

1000.      In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

1001.     In addition, on or about January 9, 2023, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

1002.     Defendants,  without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit G, pp. 246-247).

1003.     With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202

*Benzova Photograph 131*

1004.     On or about October 12, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 131* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Plaintiff discovered the infringement. (See Exhibit G, pp. 356).

1005.     On or about October 20, 2022- although discovery is required to ascertain exact date- Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

1006.     Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 356).

1007.     This Photograph is used as a draw for the Nightrain website, which  can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

1008.     In addition, with knowledge that the CMI was false, the Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.


*Benzova Photograph 132*


1009.     On or about September 30, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 132* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit G, pp. 357-358).

1010.     On or about February 5, 2023, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

1011.     Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit G, pp. 357-358).

1012.     With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 133*

1013.     On or about June 15, 2022 Benzova authored the Photograph entitled *Benzova Photograph 133* (See Exhibit G, pp. 359-360) and timely registered it under registration number VA 2-332-042 on January 9, 2023.

1014.     On or about February 21, 2023, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 133* and, February 21, 2023, authorized Third Party- Bass Magazine- to publish *Benzova Photograph 133 .*

1015.     Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Plaintiff's copyright. ( See Exhibit G., pp. 359-360).

1016.     As of the date of this filing, upon information and belief, Third Party- Bass Magazine-is still publicly displaying Benzova *Photograph 133* at the following URL, although discovery is required to reveal the full extent of Third Party infringement. Third Party-Bass Magazine - has continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

1017.     Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

1018.     Team Brazil, Gundam, and Guns N' Roses directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 134*

1019.    On or about October 5, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 134* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit G, pp. 361-362).

1020.    On or about February 10, 2023, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

1021.    Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit G, pp. 361-362).

1022.    With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 135*

1023.    On or about July 10, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 135* that is an original work of authorship, which

Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit G, pp. 363-365).

1024.       On or about February 8, 2023, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

1025.       Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit G, pp. 363-365).

1026.       With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

1027.       In addition, on or about February 23, 2023, Defendants accessed their Drop Box, obtained a copy of said photograph- *Benzova Photograph 135*- and copied a replica of the photograph in question.

1028.       Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by publicly displaying- or authorizing the public display- of *Benzova Photograph 135* on the "LIVE NATION ITALY" Instagram Page.". (See Exhibit G, pp. 363-365).

1029.     With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

### *Benzova Photograph 136*

1030.     On or about July 10, 2022 Benzova authored the Photograph entitled *Benzova Photograph 136* (See Exhibit G, pp. 366-367) and timely registered it under registration number VA 2-332-042 on January 9, 2023.On or about February 23, 2023, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 136* and, on February 23, 2023, authorized Third Party- Live Nation Italy- to publish *Benzova Photograph 136* without Benzova's permission, consent, or authorization. ( See Exhibit G., pp. 366-367).

1031.     As of the date of this filing, upon information and belief, Third Party- Live Nation Italy-is still publicly displaying Benzova *Photograph 136*, although discovery is required to reveal the full extent of Third Party infringement.

1032.     Third Party- Live Nation Italy - has continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

1033.        Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

1034.        Team Brazil, Gundam, and Guns N' Roses directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 137*

1035.        On or about July 11, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 137* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit H, pp. 368-369).

1036.        On or about March 24, 2023, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

1037.        Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on

its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit H, pp. 368-369).

1038.     With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.


*Benzova Photograph 138*

1039.     On or about June 21, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 138* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit H, pp. 370-371).

1040.     On or about March 24, 2023, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

1041.     Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit H, pp. 370-371).

**COMPLAINT FOR DAMAGES**

1042.     With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 139*

1043.     On or about July 11, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 139* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit H, pp. 372-373).

1044.     On or about March 24, 2023, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

1045.     Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit H, pp. 372-373).

1046.     With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §§1202.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

*Benzova Photograph 140*

1047.     On or about July 14, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 140* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023. (See Exhibit H, pp. 374-375).

1048.     On or about March 24, 2023, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question without permission or consent of Plaintiff, thereby infringing upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit H, pp. 374-375).

1049.     With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 141*

1050.     On or about June 23, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 141* that is an original work of authorship, which

Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit H, pp. 376-377).

1051.    On or about March 1, 2023, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

1052.    Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit H, pp. 376-377).

1053.    With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

### *Benzova Photograph 142*

1054.    On or about June 25, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 142* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit H, pp. 378-379).

1055.    On or about March 25, 2023, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

1056.    Defendants, without permission or consent of Plaintiff, thereby infringing upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/Facebook page with the GNR logo. (See Exhibit H, pp. 378-379).

1057.    With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 143*

1058.    On or about October 12, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 143* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit H, pp. 380-381).

1059.    On or about March 1, 2023, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

1060.     Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit H, pp. 380-381).

1061.     With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

### *Benzova Photograph 144*

1062.     On or about September 30, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 144* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit H, pp. 382-383).

1063.     On or about March 25, 2023, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

1064.     Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit H, pp. 382-383).

1065.     With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

*Benzova Photograph 145*

1066.     On or about September 4, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 145* that is an original work of authorship, which Plaintiff timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023. (See Exhibit H, pp. 384-385).

1067.     On or about March 25, 2023, Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

1068.     Defendants, without permission or consent of Plaintiff, thereby infringed upon Plaintiff's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit H, pp. 384-385).

1069.     With knowledge that the CMI was false, the Defendants acted with the intent to cause or conceal the infringement and therefore violated Plaintiff's Copyright as well as violated Plaintiff's CMI. 17 U.S.C. §1202.

## Harm Resulting from Copyright Infringement

1070.     Almost all of the 145 works that were infringed above are eligible for statutory damages and attorney fees, whereby the Court needs to know the dates of creation (initial ownership); date of registration; date of first publication; and date of infringement.

1071.     However, although more discovery is required to reveal the full extent of Defendants infringement, there are at least 10 additional photos that were infringed upon since April 2020 that Benzova will pursue for actual damages and/or staturory damages. 17 U.S.C. § 507 (b); *Roley v. New World Pictures, Ltd*., 19 F.3d 479, 481 (9th Cir. 1994) ( Under the discovery rule, a claim for copyright infringement "accrues when one has knowledge of a violation or is chargeable with such knowledge.")

1072.     Such photographs were registered under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023.

1073.     Furthermore, when taken all together, the magnitude of the infringement, GUNDAM/GNR/TEAM BRAZIL/FERNANDO LEBEIS' willfulness, GUNDAM/GNR/TEAM BRAZIL/FERNANDO LEBEIS' disregard for repeated statements of misuse, GUNDAM/GNR/TEAM

BRAZIL/FERNANDO LEBEIS' reckless disregard; GUNDAM/GNR/TEAM BRAZIL/FERNANDO LEBEIS' intentional misrepresentation of ownership; and GUNDAM/GNR/TEAM BRAZIL/FERNANDO LEBEIS' willful blindness to the prospect that its conduct was infringing warrants punitive damages.

1074.    It should be noted: Benzova always acted with good intent throughout the relationship with GNR, yet suffered real and extensive economic harm.

1075.    Lost licensing fees and lost connections due to the infringing use are traditionally difficult to measure because omissions are invisible and therefore are "negative", which are inherently more difficult to prove.

1076.    Nevertheless, certain figures do exist which help establish positive measurements.

1077.    For example, and more specifically, each Social media GNR photo was viewed by about <u>180,000 </u>people per photo- which is, on or about, 180,000 individual people who would have seen Benzova's name and potentially linked to her Catalogue. (See example Exhibit G., pp. 248-249) (Photo is liked by 194,812 people)

1078.    Furthermore, Nighttrain has at least 70,000 members and, if all subscribe as standard members, not premium membership, revenue would

conservatively yield at least four million, one hundred and thirty thousand dollars.. ($4,130,000).

1079.     Furthermore, Benzova's good intent and good faith performance is not to be construed as acquiescence or approval of plaintiff's infringing acts- especially in light of the fact that GUNDAM/GNR/TEAM BRAZIL/FERNANDO LEBEIS' repeatedly, from 2016 to 2022- with mal and duplicitous intent-intentionally represented the fact they owned the Benzova Photographs to both Benzova and third parties in order to appear that they had the right to authorize use of the Benzova Photographs and hide the fact that they were actually licensees.

1080.     Plus, Benzova discovered the misrepresentation and the infringing uses *after* the fact, some as late as April of 2023.

1081.     Furthermore, Benzova's intent to control use of her photos had definite purpose behind it.

1082.     Each photo was complete and finished - in itself- and stood on its own two feet. Each Photo was not a part, but an individual whole- and consequently, each Benzova Photograph in question, unlike a contribution of a collective work or joint authorship-where the part's purpose is determined by the whole and is meant to fit into something larger-The Benzova Photographs had no such purpose.

1083. Therefore Benzova did not have a "shared objective" with the GUNDAM/GNR/TEAM BRAZIL/FERNANDO LEBEIS' whereby the infringing uses were implied in "the creation and delivery" of photographs in question.

1084. Furthermore, GUNDAM/GNR/TEAM BRAZIL/FERNANDO LEBEIS were under no necessity to use the Benzova photographs because they, upon information and belief, already own plenty of photographs themselves. They easily could have used their own photographs toward their unauthorized uses but instead, egregiously and willfully infringed upon Benzova's copyrights.

1085. Furthermore Benzova's creation of photographs in question were not because a "licensee requested the creation of the work". Benzova's creation of photos were done before-not after- any so-called "request". This is significant because GUNDAM/GNR/TEAM BRAZIL/FERNANDO LEBEIS' never requested the creation of a work and then that particular work was made; but rather GUNDAM/GNR/TEAM BRAZIL/FERNANDO LEBEIS' asked for photographs that had *already been created* by Benzova. Furthermore, GUNDAM/GNR/TEAM BRAZIL/FERNANDO LEBEIS' intentionally deceived Benzova and hid the fact of their licensee status from Benzova and third parties.

1086. Here , Benzova's intent was to protect and enhance the value of the Benzova Photographs by exhibiting them only in certain channels with proper

credit, which helps to prevent the displacement of the current and future economic value of the Benzova Photograph.

1087.    Exclusion from easily infringeable channels- such as Night Train- and prevention from extensive proliferation by third parties protects against the displacement of the economic value during was always the intent of Benzova in order to preserve future use and increase the value of her catalogue.

1088.    In addition, GUNDAM/GNR/TEAM BRAZIL/FERNANDO LEBEIS' hid the infringing uses of the Benzova Photographs. Therefore, Benzova did not know, and therefore did not intend, for the infringing uses to have occurred.

1089.    Furthermore, purposeful failing to credit Benzova in order to mislead the public into believing GUNDAM/GNR owned Images or had legitimately licensed them for use harmed Benzova because it usurped licenses, sales, and links that would otherwise go to Benzova and enhance the value of the Benzova Photographs. The serial infringement and serial CMI violations confused authorship, obscured access to Benzova catalogue.

## Sexual Harassment

1090.    Benzova, an independent contractor, is protected by FEHA's protection against sexual harassment  [Gov. Code § 12940(j)(1),(4), (5)]; *Jimenez v. U.S. Continental Mktg., Inc.* (2019) 41 Cal. App. 5th 189, 196-197, 254 Cal.

Rptr.3d 66; citing *Vernon v. State of Cal.* (2004) 116 Cal. App. 114, 123, 10 Cal.

Rptr 3d 121; *Hirst v. City of Oceanside* (2015) 236 CA4th774, 785-786, 187; Gov.

Code § 12940(k).

1091.     Fernando Lebeis is a managing agent and proxy of principal

Gun's N Roses.

1092.     Lebeis's Sexual harassment began almost immediately after

Ferando Lebeis became official manager of Guns N Roses in 2016, whereby he

became the sole proxy/negotiator of Ms. Benzova- one of the only females of a

crew that consisted of about 150 people. As manger/managing agent/proxy of

GN'R , Lebeis had the power to negotiate and power to assign photo credit.

1093.     That year, on or about of spring 2016, Lebeis began to

repeatedly and consistently-exhibit his sexual desire in Ms. Benzova; and this

behavior did not stop until 2022.

1094.     Lebeis's sexual harassment and discriminatory actions toward

Ms. Benzova were based on sex.

1095.     Lebeis singled out Benzova and discriminated against her

because of her sex.

1096.     More specifically, Lebeis made his *first* physical unwelcome

sexual advance in 2016 by physically touching Benzova, forcing himself onto Ms.

Benzova, trying to force her to kiss him.

1097.     Ms. Benzova warded off the unwelcome advance, but, on information and belief, Fernando grew hostile because of the rejection and opposition. Lebeis's hostility created an aggressive and hostile motive within him, which contextualized, permeated, and pervaded Lebeis's interactions with Ms. Benzova moving forward.

1098.     At times, such hostility and aggression was subtle or implied; and, at others times, it was overt and gross. But taken all together, Lebeis's hostility and sexual desire for Benzova motive produced a continuous course of long-term sexual harassment.

1099.     From 2016 onward, Lebeis continued to consistently and pervasively sexually pursued Ms. Benzova. As a result, Benzova was constantly forced deny or avoid his sexually charged activity while trying to remain professional.

1100.     However, as a result of Benzova's denial and opposition of Lebeis's unwelcome sexual advances and requests, Lebeis sought, through his position as GNR manager and proxy, sought to prove his dominance over Ms. Benzova through other means: such as his use of phycological manipulation, name-calling, ridicule, demeaning remarks, humiliation, bullying, and lying.

1101.     On various occasions, Lebeis's communications with Benzova would be alternate between being extremely flirtatious and sexually charged to suddenly being short, scornful, derisive, and demeaning.

1102.     In addition, Lebeis used his position as GNR manager and proxy authority to disadvantage Benzova for not submitting to his sexual advances.

1103.     More specifically, Lebeis used his power as GNR manager and proxy of Benzova to lower her fee without notice.

1104.     For example, on or about September 2022, Lebeis used his power as GNR manager and proxy to suddenly, and without notice, lower Benzova's compensation by $1,000.

1105.     For example, on or about September, 2022, Lebeis withheld $571 dollars owed to Benzova.

1106.     On another occasion, in October 2021, Lebeis withheld 3,840 dollars from her fee.

1107.     In addition, on or about May 2, 2022 Lebeis withheld payment for $2,000 dollars.

1108.     In addition, Lebeis demoted Benzova to cheaper hotels without notice. For example, on or about July 2022, Lebeis forced Ms. Benzova to move to cheaper hotel while he was fully aware and knowledgeable that she had COVID 19.

1109.     In addition, Lebeis demanded  Benzova to pay out of pocket, retroactively and without notice, for international flights she already took.

1110.     For example, on or about October 2022, Lebeis demanded Ms. Benzova pay $8,000 for a flight that Team Brazil already agreed to pay for.

1111.     In addition, Lebeis, who managed and was in charge of affixing photo credit, repeatedly would not respect Benzova's demand for photo credit for photos that she authored while not under written contract. Instead, Lebeis used such power to attempt to extort sexual consideration from Benzova.

1112.     For example, on or about, November 2016, Lebeis intentionally withheld photo credit and then insulted and ridiculed Benzova, demeaning her by saying was high maintenance, a diva, and "worse than a band member"- after he had already admitted to willfully and intentionally disrespecting and infringing her rights.

1113.     On or about January 2017, during  another dispute for withholding photo credit for published photos Benzova had authored, Lebeis admitted his withholding of photo credit was willful, premediated, and based on his sexual desire, stating he did not want to give Benzova photo credit because he didn't want Benzova "to get big and leave him".

1114.	On or about January 2017. following another dispute for withholding photo credit, Lebeis intimated and insulted Benzova, stating that if Benzova wanted to get traction and fame it would have to be through him.

1115.	In addition, on or about October 2022, Lebeis insulted and ridiculed Benzova for demanding photo credit, calling her selfish, self-centered and a "me" person.

1116.	In addition, Lebeis completely ignored and thwarted Benzova's insistence on utilizing written instruments to formalize critical terms of their agreement, including, *inter alia*, her fee , photo credit, ownership, and limited use.

1117.	On information and belief, Lebeis intentionally thwarted the writing of formal instruments so that he could use his power as GNR manager and proxy over Benzova in a more arbitrary fashion- both to increase the power imbalance and to use photo credit as a potential means to extort Benzova for sexual consideration.

1118.	For example, on or about April 2016, during a dispute about Benzova's fee and photo credit, Benzova insisted on utilizing written contracts, to which Lebeis ignored and instead responded only with a heart, telling Benzova he loved her.

1119.     On or about September 2017 Benzova insists on utilizing written contracts, formalizing terms in an agreement, to which Lebeis deliberately ignores.

1120.     On or about February 2018, Benzova again insists on utilizing written contracts, formalizing their terms, to which Lebeis completely ignores.

1121.     On or about September 2022, Benzova again insists on utilizing written contracts formalizing terms to which Lebeis ignores.

1122.     Lebeis's discriminatory intent- manifested through his habitual stonewalling of Plaintiff to deny utilization of written contracts and his use of photo credit as means to sexually extort Plaintiff-is further buttressed  by the fact that another photographer, named Jarmo, a male Finnish photographer who also worked with GNR/GUNDAM/TEAM BRAZIL  was not treated in the same regard as Benzova and was allowed credit for his photographs.

1123.     In addition, Lebeis reprimanded Benzova for trying to communicate with other principals.

1124.     For example, in or about October 2022, Lebeis demeans and ridicules Benzova, stating it is wrong, unprofessional, and not her place to try to communicate with any other principals regarding his decisions.

1125.     In addition, Lebeis used his power as GNR manager and proxy to cut ties Ms. Benzova. While doing so, Lebeis reprimanded Benzova for trying to communicate with other principals.

1126.     More specifically, Lebeis, on or about October 2022, Lebeis stated that cutting ties was his decision and that trying to communicate with any other principles is unprofessional, forbidden, and useless.

1127.     Furthermore, Lebeis, while using his authority as GNR manager and proxy, gave inconsistent reasons for cutting ties with Benzova's- including "budgetary concerns", even though Guns N' Roses' are determined to be one of the highest grossing and commercially successful bands in the world. Instead, consistent with his prior pattern of psychological manipulation and sexual extortion, Lebeis promised Benzova that she would never have to worry about being cut off right before he told her he loved her again only two weeks prior.

1128.     In addition, on October 2022, Team Brazil used their GNR manager and proxy to ridicule, insult and intimate Benzova, stating the only reason she is where she is, is because of Fernando Lebeis.

1129.     All of following, upon information and belief, were expressions of Lebeis motive to retaliate against Benzova for not submitting to Lebeis' unwelcome sexual advances and satisfying his sexual desire.

1130.     It should be noted that, at no time, was Benzova's conduct, photography, or the quality of her work, the subject of any disagreement, or dispute.

1131.     In fact, in 2015, prior to Fernando Lebeis becoming GNR manager and proxy, Elizabeth "Beta" Lebeis of Team Brazil, in a written letter, states Katarina work delivers "nothing but perfection"; and that she is a photographer of extraordinary ability; and that Benzova "helped enrich Guns N Roses public image"; and that Ms. Benzova's work was a huge success.

1132.     Through his position as GNR manager and proxy, Lebeis also tried to manipulate Benzova, and get her to submit to his sexual advances, by promising her  benefits in the form of future photo books and coffee tables books in order to get Benzova to submit to his sexual advances. -. All of which, on information and belief, were lies to manipulate to get Benzova to submit to his sexual advances and requests.

### Severe and Hostile Work Environment

1133.     Fernando Lebeis persistently, severely, and pervasively harassed Benzova, which interfered with Benzova work duties.

1134.     Lebeis consistently and pervasively mixed professional interactions with sexual requests, sexual propositions, sexual innuendos, sexual messaging, as well as overtly demanding to express his sexual desire.

1135.     However , many times, the harassment was more aggressive, severe, and sexually charged expression of Lebeis's sexual desire.

1136.     More specifically, in a public forum , in 2016, Lebeis physically touched Ms. Benzova, forcibly grabbed Benzova's face and kissed Benzova on the lips without her consent. This coercion was in front of influential people and potential professional contacts in her industry. This act of coercion deeply humiliated and embarrassed Benzova by publicly disrespecting Benzova's consent and free-will in a professional forum.

1137.     Later, Lebeis told a lie that he and Benzova had been sexually involved; and that Benzova was pursuing him.

1138.     On information and belief, telling this lie was motived, in part, to cover Lebeis's tracks for his sexual harassing behavior; and, in part, to appear powerful in front of his colleagues.

1139.     Another severe instance occurred, on or about November 2018, while Benzova was working in her hotel room editing photographs. Lebeis, at 6 a.m. in the morning, ordered Benzova to come to his hotel room and drink wine with him alone. Benzova said no, and informed Lebeis that she was working three

times. But Lebeis ignored her consent all three times, continued to force his will, and repeatedly commanded Benzova come to his room again. When Benzova refused for a fourth time, Lebeis tried to force his way into Benzova's room. After this,  Benzova had to say "sorry"- out of fear- and tell Lebeis that she was sleeping in order to get him to relent.

1140.      On another occasion, on or about October 2022, while Benzova was with a friend at a hotel, Lebeis, wearing only a towel- showing his chest and groin area- yelled at Benzova, scolding her in order humiliate her and show dominance in front of her friend.

1141.      Another severe instance occurred, in Los Angeles in May of 2018, when Lebeis physically touched Benzova, forcing himself on Benzova again. When Benzova said no Lebeis became angry, aggressive, and continued to pressure Benzova to succumb to his sexual demands for 10 minutes-physically touching her, coercing her, continually trying to force himself onto Benzova in a dark alley outside of her house.

1142.      This May 2018 incident is significant not only because of its prolonged severity; because it was the only time, beside a few cigarette breaks, Benzova was alone with Lebeis. Benzova made conscious effort not to be alone with Lebeis because his severe and pervasive sexual harassment made her feel unsafe. This night, however, Lebeis drove Plaintiff home after a GNR function and

took the opportunity alone with her to severely sexually harass her. After, Benzova called friends, Marilia Moreno and Shaina Danziger, to communicate about the horrific and traumatic experience she just suffered through.

1143.    After the rejection, Lebeis threatened Benzova, stating if she told the truth that, "no  one will you believe you."

1144.    In addition to the increasing hostility arising from Benzova's opposition to Lebeis's advances, Lebeis hostility also increased because Benzova knew Fernando Lebeis's wife personally and, upon information and belief, Fernando Lebeis therefore perceived Benzova as a potential threat to his marriage.

1145.    Benzova's relationship with Lebeis's wife, predated her independent-contractor work with Guns N' Roses and Fernando Lebeis. Benzova and Lebeis's wife were roommates in New York City 12 years prior.

1146.    Another specific instance occurred, on or about March 12, 2020, when Lebeis sent Benzova a lewd and vulgar picture of condoms;-then Lebeis commanded Benzova come watch a movie and sleep with him- implicitly asking for her to have sex with him.

1147.    Another specific instance occurred, when, at 2 in the morning, when Lebeis sent Benzova a smutty image depicting cunnilingus.

1148.    Another specific occurred, when Lebeis sent a lewd video, suggestive of bestiality, whereby an ape approaches an adult male human being

from behind, then the ape reaches for his penis, the ape grabs his penis, and then the ape pulls on the human penis.

1149.    Another specific instance, when Lebeis, in the early morning/night, Lebeis ordered Benzova to come to his hotel room and give him a massage.

1150.    In addition, over time, upon information and belief, Lebeis's hostility intensified because of Benzova's continuous denial of his pervasive and unwelcome sexual advances and requests.

1151.    In addition, Lebeis' attitude became more aggressive and retaliatory because Lebeis perceived Benzova as an imminent threat to his marriage due to the facts that Benzova knew: 1) Lebeis's wife personally-they had been roommates 12 years prior in New York City and; 2) Benzova herself was a target of Lebeis's inappropriate sexual behavior and harassment and; 3) Benzova had become aware of other sexual infidelities involving Lebeis; and 3) Lebeis was aware that Benzova knew of his infidelities.

1152.    In addition, Lebeis continuously spoke in inappropriate, demeaning, and sexually charged tones to Benzova- Lebeis persistently and pervasively told Ms. Benzova that their relationship was more than professional and that he loved her.

1153.     In the total of about 190 shows Benzova worked with Lebeis as GNR manager and proxy, Lebeis excessively told Benzova that he loved her on more than 500 instances.

1154.     For example, on or about May 2016, during a dispute regarding photo credit, Lebeis told Benzova that he loves her *love you-." More than you will ever know*"

1155.     On or about August 2019, while disputing about missed and late fee payments, Lebeis tells Benzova that he loves her and misses her.

1156.     On or about July 2022, while discussing scheduling, Lebeis tells Benzova that he loves and misses her

1157.     On or about August 2022, while discussing scheduling, Lebeis tells Benzova that he loves her.

1158.     On or about October 2022, while reassuring her position as photographer, stating he'll never take this job away from her, Lebeis tells Benzova that he loves her.

1159.     In addition, on multiple occasions, Lebeis called Benzova inappropriate, discriminatory, demeaning, humiliating, and sexual charged names while communicating professionally.

1160.     More specifically, on or about August 2021, Lebeis called Benzova babe while proceeded to give her directions.

1161.    On or about April 2016, during a dispute regarding fee payment, Lebeis flirtatiously send Benzova a heart emoji containing no other response.

1162.    On or about, 2017, Lebeis calls Benzova "sugarbabe" and tells her to drink wine in his hotel room alone.

1163.    On or about November 2016, Ms. Benzova had a question regarding scheduling and Lebeis orders her to give him a back massage.

1164.    Avoiding, diverting, and even-out of fear- falsely appeasing Lebeis' sexually charged communication in order  to get him to stop and relent became part of Benzova's work.

1165.    For example, after specifically notifying Lebeis that he had failed to give her photo credit again, Lebeis would not let the exchange end until Benzova said he loved him. Lebeis said won't let this go until he sensed love from her.

1166.    On multiple occasions, out of fear, Benzova submitted-verbally, but never physically- to Lebeis demands in order to get him to relent his pervasive unwelcome advances and/or because she feared Lebeis, through his GNR manager and proxy would disadvantage her.

1167.    In addition, Lebeis demeaned Benzova by calling her discriminatory names regarding her country of origin. Knowing Benzova was not

Russian and that English was not her primary language, Lebeis would humiliate Benzova for her accent, the way she spoke, and national origin. Lebeis called Benzova "Russian" numerous- knowing Russia was not her country of origin, but rather with the intent to incite anger and humiliate Benzova. At other times, Lebeis would tell Benzova to quit being "Russian" if she had a question or resistance.. This name-calling, often times, occurred in public and in front of the crew in order to disrespect, humiliate, and demean Benzova.

## **Harm- Objective and Subjective**

1168.    The events alleged herein harmed Benzova both objectively in the workplace as well as subjectively and psychologically.

1169.    Taken all together, Benzova suffered a continued course of long-term sexual harassment, hostility, and retaliation that materially affected the terms, conditions, and privileges of her work.

1170.    In addition, Benzova also suffered severe psychological and subjective harm, as evidenced on or about when she had a meltdown and cried as a result of the severe and pervasive abuse.

1171.    Furthermore, Lebeis's abuse, through his position as GNR manager and proxy, pervaded throughout their interactions because Lebeis was Benzova's sole proxy and negotiator, sexual harasser, direct infringer, and manager of photo credit. He used his power, as GNR manager and proxy, to sexually extort

Benzova  and to lie to her in order to exert his dominance and disrespect Benzova's

intellectual property, creativity, career prospects, and dignity as a woman.

Prolonged subjection to such abuse of power undermines one sense of trust, safety,

and self-worth.

1172.     Therefore, Benzova employs the continuing violation doctrine

for sexual harassment in the workplace.

### **Failure to Prevent**

1173.     On any given tour, on or about 150 crew members are

employed by Team Brazil, Gundam, and/or Guns N' Roses.

1174.     Upon information and believe, at all relevant time thereof,

Team Brazil, Gundam, and Guns N' Roses never had *any* express anti-harassment

policy in place.

1175.     Upon information and belief, at all relevant times thereof, Team

Brazil, Gundam, and Guns N' Roses never had *any* human resources department to

handle sexual harassment or discrimination complaints.

1176.     Upon information and belief, at all relevant times thereof no

literature or information was ever disseminated to *any* employees regarding

discrimination, sexual harassment, or on what to do if and when any such conduct

occurred.

1177.     In addition, upon information and belief, at all time relevant thereof, Team Brazil, Gundam, and Guns N' Roses never had any scheme for prevention or remediation of sexual harassment.

1178.     Therefore, at all relevant times thereof, upon information and belief, there was never *any* grievance procedure or handbook an employee or contractor could ever resort to.

1179.     As a consequence, Ms. Benzova did not have the ability to take appropriate corrective action because there were no avenues available to the victim.

1180.     Furthermore, Lebeis used his  power through GNR manager and proxy,  to demean and reprimand Benzova for talking to other principals besides himself.

1181.     On or about October, 2022, Lebeis told Benzova that it would be futile to talk to any of the other principals.

1182.     Furthermore, all other members of Team Brazil Management are members of a nuclear family- mother, brother, and sister- so reporting Lebeis's harassment to them was perceived as unreasonable because their loyalty was firmly with Fernando Lebeis.

1183.      This belief in futility was reasonable and supported because ,on or about October 2022, when Benzova attempted to reach out Beta Lebeis, mother

of Fernando Lebeis and manager of AXL Rose, Beta ridiculed and demeaned Benzova stating  the only reason she is where she is in her life is because of her son.

# FIRST CAUSE OF ACTION

## Copyright Infringement Under 17 U.S.C. §§ 101 et seq.

### *Direct, Vicarious, and Contributory Infringement*

## (**All Defendants**)

1184.	Benzova repeats and realleges each and every allegation set forth in the preceding paragraphs of this Complaint.

1185.	Benzova owns valid and subsisting copyright registrations in the **Benzova Photographs**.

1186.	Benzova has not authorized GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS or their partners, agents, licensees, affiliates, employees, contractors, customers, subscribers, or users to use, copy, publicly display, distribute, license, manipulate, or otherwise commercially exploit the Benzova Photographs.

1187.	GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS have directly infringed Benzova's copyrights in the Benzova Photographs by using,

copying, publicly displaying, distributing, licensing, manipulating or otherwise commercially exploiting the Benzova Photographs without Benzova's authorization.

1188.    GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS' infringements were willful and intentional.

1189.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES intentionally and willfully infringed Benzova's copyrights in the Benzova Photograph's by continuing to distribute, hold out for licensing, publicly display, market, sell, and otherwise commercially exploit the Benzova Photographs after Benzova terminated her authorization to do so, and each of them did with actual knowledge that such authorization was revoked, and/or contrary to the intentions of Ms. Benzova (*with actual notice of Benzova's copyright claims*).

1190.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES directly benefited financially from each other's copyright infringement of the Benzova Photographs and had the right and ability to supervise and control each other's infringement of the Benzova Photographs, as alleged above.

1191.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES had actual knowledge of each other's infringement of the Benzova Photographs, and each materially contributed to the other's infringement of the Benzova Photographs, as alleged above.

1192.     TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES each directly benefited financially from the copyright of the Benzova Photographs by and had the right and ability to supervise and control the infringement of those to whom each of them marketed, licensed, sold, or otherwise facilitated the use of the Benzova Photographs.

1193.     TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES each directly benefited financially from and had the right and ability to supervise and control its respective employees', agents, and contractors' infringement of the Benzova Photographs, as alleged above.

1194.     TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES are each vicariously liable for their respective employees', contractors', and/or agents' infringement of the Benzova Photographs, as described above.

1195.     TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES each knew or had reason to know their respective employees, contractors, and agents' infringement and intentionally induced and/or materially contributed to such infringement.

1196.     TEAM BRAZIL, GUNDAM, AND GUN'S AND ROSES each knew or had reason to know of, and materially contributed to the infringement of those to whom each of them marketed, licenses, sold, or otherwise facilitated the

use of the Benzova Photographs, including but not limited to the Third Party

Infringers.

1197.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES are each

contributorily liable for their respective employees', contractors, and agents'

infringement.

1198.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES are each

secondarily liable for their respective employees, contractors, and agents'

infringement.

1199.    Benzova has suffered actual harm and reputational harm, and

incurred significant costs as a direct and proximate result of

GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS' direct and secondary

infringement.

*1200.*    Pursuant to 17 U.S.C. § 504(c)(2), as a result of

GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS's infringement of

Benzova's exclusive rights in the Benzova Photographs, Benzova is entitled to

recover statutory damages up to the maximum amount with respect to each of the

2021-22 Registered Works that were first published on or after August 30, 2022

(VA-2-332-042) and October 9, 2022 (VA-2-335-574) pursuant to 17 U.S.C.

§504(c)(1*).*

1201.     Alternatively, at Benzova's election prior to entry of final judgment, Benzova is entitled to recover damages based on actual damages suffered as a result of GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS's infringements and the disgorgement of GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS' profits attributable to the infringements, pursuant to 17 U.S.C. § 504(b), which amount will be proven at trial.

1202.     Benzova is entitled to her costs, including reasonable attorneys' fees, pursuant 17 U.S.C. § 505.

1203.     GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS' conduct has caused, and any continued infringing conduct will continue to cause, irreparable injury to Benzova, unless enjoined by this Court. Benzova has no adequate remedy at law, Pursuant to 17 U.S.C. § 502, Benzova is entitled to a permanent injunction prohibiting infringement of Benzova's exclusive copyrights in the Benzova Photographs by the GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS and all persons acting in concert with the GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS.

**SECOND CAUSE OF ACTION**

***Violations of Copyright Management Information "CMI" Under 17 U.S.C. § 1202***

(**All defendants**)

1204.     Benzova repeats and realleges each and every allegation set forth in the proceeding paragraphs of this Complaint.

1205.     As alleged above, TEAM BRAZIL, GUNDAM, AND GUN N' ROSES affixed and distributed false copyright management information in connection with the reproduction, distribution, public display, and holding out for the license of the Benzova Photographs. As alleged above, the false copyright management information incorrectly identifies TEAM BRAZIL AND/OR GUNDAM AND OR GUNS N' ROSES, as opposed to Benzova, as the copyright interest holders in the Benzova Photographs.

1206.     The use of false copyright management information provided in connection with the reproduction, distribution, public display and holding out for license of the Benzova Photographs is intended to facilitate or conceal the infringement of Benzova's exclusive copyrights.

1207.     The false copyright management information is intended to induce customers and potential customers of the Benzova Photographs to believe that Team Brazil and/or Gundam and or Gun N 'Roses, as opposed to Benzova, own or control the copyrights in the Benzova Photographs so they will pay Team Brazil/ Gundam/ and Guns N' Roses a fee for the ability to make further reproductions and distributions of Benzova Photographs, e.g., by and through Team Brazil Contacts and/or Guns N 'Roses Platform.

1208.     As alleged above, the Third Party Infringers also affixed and/or distributed false copyright management information in connection with the reproductions, distribution, public display, and holding out for license of the Benzova Photographs. As alleged above, the false copyright management information incorrectly identifies Team Brazil and/or Gundam and/or Guns N' Roses, as opposed to Benzova, as the copyright interest holders in the Benzova Photographs.

1209.     These actions constitute violations of the Digital Millennium Copyright Act, 17 U.S.C. §1202(a).

1210.     By reason of Defendants' CMI violations, Benzova has suffered damages and is entitled to recover its actual damages and to disgorge any additional profits of GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS attributable to the violations, pursuant to 17 U.S.C. § 1202(c)(2). Alternatively, and at Benzova's sole discretion exercised any time to entry of final judgment, Benzova is entitled to recover statutory damages in an amount between $2,500 and $25,000 per violation of the Digital Millennium Copyright Act, pursuant to 17 U.S.C. § 1203(c)(3)(B).

1211.     Further irreparable harm is imminent as a result of GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS' conduct, and Benzova is without an adequate remedy at law. Benzova is therefore entitled to an

injunction, in accordance with 17 U.S.C. § 1203(b), restraining

GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS, their officers, directors,

agents, employees, representatives, assigns, and all persons acting in concert with

Defendants from engaging in further violations of the Digital Millennium

Copyright Act.

1212.     Benzova is entitled to recover costs and attorneys' fees in

accordance with 17 U.S.C. § 1203(b)(4) and (5).

### THIRD CAUSE OF ACTION

### Sexual Harassment in Violation of Cal. Gov't Code §12940(J)

### *Hostile Work Environment*

### (All defendants)

1213.     Plaintiff hereby incorporates by reference each and every

allegation of all preceding paragraphs of this Complaint as if fully set forth herein,

and for a cause of action alleges as follows:

1214.     At all times herein mentioned, California's Fair Employment

and Housing Act ("FEHA"), Cal. Gov't Code §§ 12900, et seq., was in full force

and effect and was fully binding upon Defendants. Specifically, §§ 12940(j)

prohibits an employer from sexually harassing an employee on the basis of her sex.

1215.     The actions of FERNANDO LEBEIS, the manager of GUNS

N' ROSES, toward Plaintiff, his direct subordinate, as described herein, created a

hostile sexual work environment which materially altered Plaintiff's working conditions and which constitutes sexual harassment in violation of Gov't Code § 12940(j)(1). As a direct, foreseeable and proximate result of Defendant's unlawful actions, Plaintiff has suffered economic damages, benefits, and other compensation.

1216.    As a direct, foreseeable, and proximate result of Defendant's unlawful actions, Plaintiff has suffered emotional distress, humiliation, shame, and embarrassment, all to the Plaintiff's damage in an amount to be proven at the time of trial.

1217.    Defendant committed the acts herein despicably, maliciously, fraudulently and oppressively, with the wrongful intention of inuring Plaintiff, from an improper and evil motive amounting to malice, and in conscious disregard of the rights and safety of plaintiff and others. Plaintiff is this entitled to recover punitive damages from Defendant in an amount according to proof.

**FOURTH CAUSE OF ACTION**

**Failure To Take All Reasonable Steps To Prevent Sexual Harassment in Violation of Cal. Gov't Code § 12940(K)**

**(TEAM BRAZIL, GNR, GUNDAM)**

1218.     Plaintiff hereby incorporates by reference each and every allegation of all preceding paragraphs of this Complaint as if fully set forth herein, and for a cause of action alleges as follows:

1219.     At all times herein mentioned, California's Fair Employment and Housing Act ("FEHA", Cal Gov't Code §§ 12900, *et seq.*, was in full force and effect and was fully binding upon Defendant. Specifically, § 12940(k) make its unlawful employment practice for an employer to fail to take all reasonable steps necessary to prevent sexual harassment from occurring.

1220.     To state a claim for failure to prevent harassment, a plaintiff must show: "(1) plaintiff was subjected to discrimination, harassment, or retaliation; (2) defendant failed to take all reasonable steps to prevent discrimination, harassment or retaliation; and (3) this failure caused plaintiff to suffer injury, loss, or harm. Andrade v. Arby's Rest. Grp., Inc., 225 F. Supp. 3d 1115, 1131, (N.D. Cal. 2016). As to underlying claim for harassment, an independent contractor is covered by the provision of FEHA prohibiting harassment of a "person providing services to a contract". Jacobson v. Schwarzenegger, 357 G. Supp. 2d 1198, 1213-14 (C.D. Cal 2004) (citing Cal. Gov. Code § 12940(j)(1).

1221.     Defendant failed to adequately investigate FERNANDO LEBEIS'S behavior, failed to take all reasonable steps to prevent him from

harassing Plaintiff, and did not investigate or discipline him. GUNDAM/GUNS N' ROSES's management failed to take all reasonable steps necessary to prevent harassment from occurring in violation of § 12940(k).

1222.    As a direct, foreseeable and proximate result of Defendant's unlawful actions, Plaintiff has suffered substantial emotional distress, humiliation, shame, and embarrassment, all to the Plaintiff's damage in an amount to be proven at the time of trial.

1223.    Defendant committed the acts herein despicably, maliciously, fraudulently, and oppressively, with the wrongful intention of injuring Plaintiff, from an improper and evil motive amounting to malice, and in conscious disregard of the rights and safety of Plaintiff and others. Plaintiff is thus entitled to recover punitive damages from Defendant in an amount according to proof.

## FIFTH CAUSE OF ACTION

## Cal. Civ. Code §§51 et. Seq/Cal. Civ. Code §51.9.

### *Sexual Harassment in Professional Relationships*

### (Fernando Lebeis)

1224.    Plaintiff hereby incorporates by reference every preceding paragraph of this Complaint as if fully set forth herein and for a cause of action alleges as follows:

1225.    The UNRUH Civil Rights Act prohibits sexual harassment. Cal. Civ. Code §§51 et seq.

1226.    California law further provides a cause of action for sexual harassment where there is a business, service, or professional relationship between plaintiff and defendant. Cal. Civ. Code § 51. 9.

1227.    Cal. Civ. Code § 51.9 provides a person is liable in a cause of action for sexual harassment under this section when the plaintiff proves the following elements: there is a business, service, or professional relationship between plaintiff and defendant or the defendant holds himself or herself out as being able to help establish a business, service, or professional relationship with the defendant or third party….; defendant has made sexual advances, solicitations, sexual requests , demands for sexual compliance by the plaintiff, or engaged in orther verbal, visual, or physical conduct of a sexual nature or of a hostile nature based on gender that were unwelcome and pervasive or severe; the plaintiff has suffered or will suffer economic loss or disadvantage or personal injury, including, but not limited to, emotional distress, or the violation of a statutory or constitutional right, as a result of the conduct…

1228.    Under Cal. Civ. Code §51.9 (1)(I), Lebeis's positions as manger/proxy/ managing agent of the world renowned rock band, Guns N Roes

qualifies as "a relationship that is substantially similar to any of the above".; *Judd v. Weinstein*, No. 19-55499 (9th Cir. 2020).

1229.     Defendant was in a business, service, or professional relationship with plaintiff pursuant to Cal. Civ. Code § 51.9

1230.     The right to be free from discrimination and sexual harassment in public accommodations and services can be enforced through civil action. Cal. Civ. Code §§51.9 and §52.

1231.     As set forth, Defendant discriminated against Plaintiff on the basis of her sex in violation of the UNRUH Civil Rights Acts by subjecting her to a sexually hostile environment during her employment.

1232.     At all material times mentioned herein, FERNANDO LEBEIS was Plaintiff's supervisor. Fernando Lebeis made sexual advances, made solicitations, or engaged in other verbal, visual or physical conduct of a sexual nature that were unwelcome and pervasive or severe and, as a result of the employment relationship and Plaintiff's economic status, Plaintiff could not easily terminate said relationship.

1233.     As a result of Defendant's discriminatory actions, Plaintiff has incurred damages, including, among, other things, economic loss, emotional distress, and attorney's fees and costs.

1234.     The actions alleged above violated Cal. Civ. Code § 51, thereby entitling Plaintiff to her actual damages and any amount determined by a jury, up to three times her actual damages and no less than $4,000 as liquidated damages pursuant to § 52(a), and attorneys' fees to be determined by the court.

1235.     The actions alleged above further violated Cal. Civ. Code § 51.9, thereby entitling Plaintiff to exemplary damages, in an amount to be determined by a jury, pursuant to Cal. Civ. Code §52(b)(1).

## SIXTH CAUSE OF ACTION

### *Fraud/Fraudulent Concealment/ Fraud in the Inducement*

### (Fernando Lebeis/Gundam)

1236.     Plaintiff hereby incorporates by reference every preceding paragraph of this Complaint as is fully set forth herein and for cause of action alleges as follows:

1237.     By the above-described acts incorporated herein- 1)Defendants telling Plaintiff she did not own her own copyrights; 2)Defendants stating they owned Plaintiff's; 3) Defendants asserting illusory "superior right" to Plaintiff's copyrights; 4) Defendants "appointing themselves" owners of Plaintiff's copyright; 5) Defendants self-dealing and impersonating themselves as owners of Plaintiff's copyrights; 6) Defendants holding self out to third parties as owners of Plaintiff's

copyright;7) Defendants concealing the true facts that they were not owners and concealing the fact they were only potential licensees; and 8) Defendants, with no present intent to perform, promising Plaintiff benefits in order to induce and secure her participation, Defendants through its Managing Agent, Fernando Lebeis, an employee acting within the scope of her employment, falsely and frequently and with intent to deceive and defraud Plaintiff, led Plaintiff to believe that Defendant was owner of Plaintiff's copyright /had superior right to Plaintiff's position.

1238.    Said representations were false and Defendant knew them to be false because management/Gundam/Team Brazil/Guns N' Roses knew Defendant was not owner of copyright when representations were made to Plaintiff. Defendants made false representations in order to induce Plaintiff's participation, induce Plaintiff's creation of photographs, and to conceal, continue, and maintain their ongoing scheme of willful copyright infringement.

1239.    Plaintiff was unaware of the falsity and justifiably believed and relied upon the representations. Because of the false representations, Plaintiff declined numerous definite offers for her own copyrights, lost numerous license deals and sales, and has been usurped of millions of dollars of profits that can be traced to /derived from the use of her copyrights and photographs Furthermore irreparable damage to her reputation has been done and she was fired because of the Defendant's copyright infringement scheme coming to light.

1240.     As a direct and proximate result of the aforementioned wrongful conduct of Defendant, Plaintiff has suffered and continues to suffer substantial losses incurred in earnings, incentives, and other benefits from her copyrights and has incurred other consequential damages according to proof.

1241.      As a result of the aforesaid acts of Defendant, Plaintiff has lost and will continue to lose income and benefits, in an amount to be proven at the time of trial.

1242.     Defendants committed the acts herein maliciously, fraudulently, oppressively, and despicably, with the wrongful intention of inuring Plaintiff, from an improper and evil motive amounting to malice, and in conscious disregard to Plaintiff's rights. Plaintiff is thus entitled to recover punitive damages from Defendant, in an amount according to proof.

## SEVENTH CAUSE OF ACTION

### Negligent Misrepresentation

### (Fernando Lebeis/Gundam)

1243.     Plaintiff hereby incorporates by reference all preceding paragraphs of this Complaint as if fully set forth herein and for a cause of action alleges as follows:

1244.     By the above-described acts incorporated herein-1)Defendants telling Plaintiff she did not own her own copyrights; 2)Defendants stating they

owned Plaintiff's; 3) Defendants asserting illusory "superior right" to Plaintiff's copyrights; 4) Defendants "appointing themselves" owners of Plaintiff's copyright; 5) Defendants self-dealing and impersonating themselves as owners of Plaintiff's copyrights; 6) Defendants holding self out to third parties as owners of Plaintiff's copyright; 7) Defendants concealing the true facts that they were not owners and concealing the fact they were only potential licensees; and 8) Defendants, with no present intent to perform, promising Plaintiff benefits in order to induce and secure her participation, Defendants through its Managing Agent, Fernando Lebeis, an employee acting within the scope of her employment, made misrepresentations of fact to Plaintiff that was owner of Plaintiff's copyright /had superior right to Plaintiff's position.

1245.    These misrepresentations were made to Plaintiff without having a reasonable ground for believing that the representations were true. In fact, the representations made by Defendant were false because Defendant was not the owner of copyrights in question at the time representations were made. Defendant made the representations with the intent to induce Plaintiff to participate in his own scheme and act adverse to her own interest.

1246.    Plaintiff did reasonably rely on said false representations to her detriment.

1247.     In making said misrepresentations of fact, Defendant misled Plaintiff about the prospects, control, and viability of her copyrights. Defendant knew, or reasonably should have known, that Plaintiff would reasonably rely on its representations.

1248.     As a direct, foreseeable, and proximate result of Defendant's misrepresentations, Plaintiff has suffered and continues to suffer substantial losses in earning, income, and benefits from the misuse/infringement of her copyrights and has incurred other consequential damages according to proof.

## EIGHT CAUSES OF ACTION

## Unfair Business Practices in Violation of Bus. & Prof. Code §17200

## (All Defendants)

1249.     Plaintiff hereby incorporates by reference all preceding paragraphs of this Complaint as if fully set froth and for a cause of action alleges as follows:

1250.     California Business & Professions Code § 17200 et seq., prohibits acts of unfair competition, which include, but are not limited to, any unlawful business or act.

1251.     The policies, acts and practices described herein were and are an unlawful business practice or act because of Defendant's insistence of false ownership, thereby intentionally usurping of business opportunities were unfair,

**COMPLAINT FOR DAMAGES**

anti-competitive, and systematic pattern of behavior by principals, proxies, and managing agents.

1252.    The unfair competition prohibited by § 17200 also prohibits unfair business practices or acts.

1253.    The policies, acts, or practices described herein were, and are, an unfair business practice or act because any justification for Defendants' unlawful and unfair conduct were ,and are, vastly outweigh by the harm such conduct caused to Plaintiff.

## **PRAYER FOR RELIEF**

WHEREFORE, Benzova requests that this Court enter judgment in favor on each and every claim for relief set forth above and aware her relief, including the following:

**1)For Count I, Copyright Infringement Under 17. U.S.C. §§ 101 *et seq* (*Direct, Vicarious, and Contributory Infringement*).**

a.    That an Order be entered against Defendants for violating the provisions of the Copyright Act, 17 U.S.C. §§ 101 *et seq*. by infringing Plaintiff's copyrights in the Benzova Photographs;

b.      That an Order be entered against Defendants in favor of Plaintiff for such damages as Plaintiff has sustained as a result of Defendant's infringement of Plaintiff's copyrights;

c.      That an Order be entered compelling Defendants to account for and/or disgorge all gains, profits, and advantages derived by Defendants by their infringement of the Plaintiff's copyrights or such damages supported by the provisions of the Copyright Act, 17 U.S.C. §§ 1010 *et seq.*;

d.      That an Order be entered against Defendants pursuant to 17 U.S.C. § 504 awarding enhanced statutory damages for each infringement of the Plaintiff's Registered Works.

e.      That an Order be entered granting injunctive relief against Defendants pursuant to 17 U.S.C. §502 preventing and restraining infringement of Plaintiff's copyrights by Ordering Defendants, their agents, or anyone working for, in concert with, or on their behalf not to use, publish, publicly display, distribute, hold out for licensing, commercialize, or in any way use or disseminate Plaintiff's copyrighted works;

f.      That an Order be entered against Defendant GNR pursuant to 17 U.S.C. § 503 for the impounding and return of all Benzova Photograph copies in its possession, including but not limited to the original, high-resolution image files for all Benzova Photographs;

g.     That an Order be entered against Defendants pursuant to 17 U.S.C. § 503 for the impounding and/or destruction of all materials used in violation of Plaintiff's exclusive copyright and any other articles by means of which such copies may be reproduced;

h.     That an Order be entered requiring Defendants to pay Plaintiff their costs and attorney fees in this action pursuant to 17 U.S.C. § 505.

## 2) For Count II, Violations of Copyright Management Information Under 17 U.S.C. 1201 *et seq*.

a. That an Order be entered against Defendants for violating the provisions of the Copyright Act, 17 U.S.C. §§ 1201 *et seq*.. by committing copyright management information violations in connection with the Benzova Photographs;

b. That an Order be entered against Defendants in favor of Plaintiff for such damages as Plaintiff has sustained as a result of Defendant's copyright management violations in connection with the Benzova Photographs;

c. That an Order be entered compelling Defendants to account for and/or disgorge all gains, profits, and advantages derived by Defendants' copyright management violations in connection with the Benzova Photographs pursuant to

17 U.S.C. §§ 1203 and/or such damages supported by provisions of the Copyright At, 17 U.S.C. §§ 101 *et seq*.;

d. That an Order be entered against Defendants pursuant to 17 U.S.C. § 1203 awarding enhanced statutory damages for each copyright management information violation in connection with the Benzova Photographs;

e. That an Order be entered granting injunctive relief against Defendants pursuant to 17 U.S.C. § 1203 preventing and restraining copyright management information violations in connection with the Benzova Photographs by Ordering Defendants, their agents, or anyone working for, in concert with, or on their behalf discontinue such violative acts;

f. That an Order be entered against Defendants pursuant to 17 U.S.C. § 1203 for the impounding and/or destruction of all materials used in the copyright management information violations in connection with the Benzova Photographs and other articles by means of which such acts were undertaken;

g. That an Order be entered requiring Defendants to pay Plaintiff their costs and attorneys' fees in this action pursuant to 17 U.S.C. § 1203;

## 3) For All Other Counts

**COMPLAINT FOR DAMAGES**

a. That an order be entered requiring Defendants to pay Plaintiff punitive damages, as permitted by law, in an amount to be determined due to the foregoing willful acts;

b. That Plaintiff be granted prejudgment and post-judgment interest as permitted by law;

c. Other relief as the Court may deem appropriate;

d. Compensatory damages;

e. Attorney's fees and costs;

f. Declaratory judgement stating Benzova is the owner of all photographs; while not under limited periods of work for hire terms from 2010-2022;

g. Accounting;

h. Statutory Relief

i. Equitable relief

## **JURY DEMAND**

Pursuant to *Fed. R. Civ. P*. 38, Katarina Benzova respectfully demands a trial by jury on all issues properly triable by a jury in this action.

Respectfully Submitted,

**COMPLAINT FOR DAMAGES**

Dated: 11/11/2023

Los Angeles, California

By:

Zach Rosenblatt

Attorney for Plaintiff,

KATARINA BENZOVA

**COMPLAINT FOR DAMAGES**

**COMPLAINT FOR DAMAGES**