UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-9538 FMO (Ex) | Date | December 21, 2023 |
|---|---|---|---|
| Title | Katrina Benzova v. Guns N Roses, et al. | | |

Present: The Honorable  Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order re: Consolidation

Having reviewed the Stipulation for Consolidation of Cases, (Dkt. 12, "Stipulation"), filed in Gundam Touring Services US LLC, et al. v. Katrina Benzova, CV 23-8968 FMO (Ex) ("Gundam"), by which the parties in Gundam and Katrina Benzova v. Guns N Roses, et al., CV 23-9538 FMO (Ex) ("Benzova") agree to consolidation of the actions, IT IS ORDERED THAT:

1. The Stipulation **(Document No. 12)** is **granted** as set forth in this Order.

2. Gundam, CV 23-8968 and Benzova, CV 23-9538 are hereby consolidated. The Clerk shall consolidate these actions such that the earlier filed action, Gundam, CV 23-8968 is the lead case. All future filings shall be filed in Gundam, CV 23-8968.

3. A Consolidated Complaint shall be filed by no later than **January 5, 2024**.

4. Defendants shall file their answers or Rule 12 motions pursuant to the Federal Rules of Civil Procedure.

5. The pending motions **(Document No. 18 & 25)** in Benzova, CV 23-9538 are **denied as moot**.

6. The Clerk shall administratively close Benzova, CV 23-9538.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | vdr |